# Exhibit "B" to

## Amended Verified Petition

(/78)



NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
BUREAU OF MINERAL RESOURCES

# MINING PERMIT APPLICATION AND RECLAMATION REPORT

**SECTION A**

1. N.Y.S. MINE FILE NO.

2. NAME OF APPLICANT OR PERMITTEE: MEHLON TRUCKING

3. TELEPHONE NO. (Include Area Code): (914) 564-0875

4. MAILING ADDRESS: c/o Leon & Dixie Mehl, RD #1 Rock Cut Road, Walden N.Y. 12586

5. COMMON NAME OF MINE: N/A

6. LOCATION OF MINE
County: ORANGE
Town: MONTGOMERY
U.S.G.S. DESIGNATION
(a) WALDEN QUAD.
(b) 7.5 Minutes
(c) 9 Inches Top
(d) 1 Inches Right

7. TYPE OF SUBMITTAL
☐ Original Application ☐ Renewal Application ☐ Renewal WITH Amendment Application ☐ Amendment Application ☐ Transfer Application ☐ Reclamation Report

**SECTION B**

8. PERMIT TERM:
Previous Term: ☐ Annual ☐ Triennial
Coming Term: ☐ Annual ☒ Triennial

9. STATUS OF OTHER N.Y.S. MINE FILE NUMBERS. LIST FILE NUMBERS UNDER APPROPRIATE HEADING.

| Active | Inactive | Refused | Suspended | Revoked | Reclamation Bond Forfeited |
|---|---|---|---|---|---|
| | | | | | |

10. Has any owner, partner, corporate officer or corporate director of your organization ever held any of these positions in another organization which has had a New York State mining permit **SUSPENDED OR REVOKED** or has had a New York State mined land reclamation bond **FORFEITED?** ☒ No ☐ Yes
If "Yes", identify the person(s)

11. COMMON OR COMMERCIAL NAME OF THE MINERAL TO BE MINED: SHALE

12. TYPE OF GEOLOGIC DEPOSIT

13. TYPE OF MINE: ☒ Surface Consolidated ☐ Surface Unconsolidated ☐ Underground

14. ESTIMATED LIFE OF MINE: 3 Years

15. ESTIMATED NO. OF ACRES TO BE AFFECTED BY MINING DURING THE:
A. Coming Year 2 Acres
B. Remainder of Year 4 Acres

16. HAS THE PROPOSED RECLAMATION PLAN BEEN DEVELOPED IN COOPERATION WITH ANY OF THE FOLLOWING:
☐ Department of Environmental Conservation ☐ County Soil & Water Conservation District ☒ Consultant (Identify) ☐ Soil Conservation Service ☐ Cooperative Extension Office ☐ Other (Identify)
Peter R Husts L.S. (914) 831-0000

**SECTION C**

17. NAME AND MAILING ADDRESS OF THE MINERAL OWNER: N/A

18. NAME AND MAILING ADDRESS OF THE SURFACE LANDOWNER: VIRGINIA THORNE & CHET DUNN, RD1, Rock Cut Road, WALDEN NY 12586

19. As the surface landowner of the property which is to be mined, I have been advised by the applicant of the contents of the reclamation plan.
SIGNATURE OF LANDOWNER: Virginia Thorne
DATE: 3-5-82

**SECTION D**

20. What is the present zoning classification of the property to be mined? RA-1 (RESIDENTIAL AGRICULTURE 1-2 Family)
21. Does the proposed land-use objective conform to officially adopted COUNTY and/or TOWN planning? ☒ Yes ☐ No If "No", explain in block 25.
22. Does local government have any reclamation standards which apply to this mine? ☐ No ☐ Yes If "Yes", explain below in block 25.
23. Is the applicant required to have a local mining permit? ☐ No ☒ Yes If "Yes", enter the Permit Identification No.
24. Is the applicant required to have a local mining reclamation bond? ☒ No ☐ Yes If "Yes", what is the (a) amount of the bond $
(b) name and address of the surety

25. COMMENTS RELATIVE TO QUESTIONS IN SECTION D

26. NAME AND MAILING ADDRESS OF LOCAL GOVERNMENT: TOWN OF MONTGOMERY 74 MAIN STREET WALDEN N.Y. 12586
TELEPHONE NO. (914) 778-5651

27. As the Chief Administrative Officer of the municipality having immediate jurisdiction over the proposed mine site, I have been advised by the applicant of the contents of the reclamation plan.
NAME, TITLE AND SIGNATURE OF CHIEF ADMINISTRATIVE OFFICER: CARL HELSTROM Supervisor
DATE

28. NO. OF ACRES
(A) Affected 4 AND (B) Reclaimed 4 DURING THIS REPORT PERIOD

29. ESTIMATED NO. OF ACRES TO BE AFFECTED DURING THE COMING YEAR? 2-3 Acres

30. DESCRIBE RECLAMATION PERFORMED DURING THE REPORT PERIOD:
AREAS MINED TO PROPOSED FINAL GRADE TO BE COVERED WITH 4" TOP SOIL and Seeded with a Kentucky Blue Grass & RYE GRASS SEED MIXTURE

31. DESCRIBE ANY PROPOSED CHANGE IN THE RECLAMATION SCHEDULE:

32. DO YOU REQUEST A REDUCTION IN THE AMOUNT OF THE RECLAMATION BOND? ☐ No ☐ Yes
If "Yes", explain:

The Mined Land-Use Plan submitted with this application constitutes the applicant's proposal for mining and reclaiming the affected land described herein. Approval of the plan by the Department of Environmental Conservation ...