# Exhibit "C" to
## Amended Verified Petition



**New York State Department of Environmental Conservation**
21 South Putt Corners Road, New Paltz, New York 12561

Robert F. Flacke
Commissioner

Date: **March 15, 1982**

TO: Mehlon Trucking
c/o Leon & Dixie Mehl
R.D. #1, Rock Cut Road
Walden, NY 12586

RE: Application for a Permit to Mine
File # **3023-32-0195**

Dear Mine Operator:

Your application for a permit to mine has been approved, subject to the following requirements.

As you know, for each mining operation conducted in the State of New York, a reclamation bond must be furnished. The purpose of the bond is to guarantee that funds will be available to reclaim the affected land, should the permittee fail to fulfill his reclamation responsibilities.

The amount of the bond for your operation has been established at $ **5,000.00** , based on the total of **Min.** acres of affected land.

Also enclosed please find #85-02-3, "Mined Land Reclamation Bond," to be completed by the appropriate parties and returned to this office. *

Upon receipt of the aforementioned forms, properly executed, this Department will issue a mining permit.

If you have any questions, please contact this office.

Very truly yours,

Louis J. Dushek
Mined Land Reclamation Specialist
Region 3

LD/js
Enc. #85-02-3

***Please furnish the required amount of bond by April 30, 1982.**