# Exhibit "D" to
# Amended Verified Petition

NEGATIVE DECLARATION
NOTICE OF DETERMINATION OF NO SIGNIFICANCE

DATE: March 15, 1982

Pursuant to Section 617.7(b) of the NYS Department of Environmental Conservation, implementing regulations pertaining to the State Environmental Quality Review Act, notice is hereby given that it has been determined that the action described below will not have a significant effect on the environment.

DESCRIPTION OF THE ACTION:

The applicant, Mehlon Trucking, R.D. #1, Rock Cut Road, Walden, New York 12586, proposes to operate a shale mine with the expressed purpose of obtaining suitable material for commercial purposes.

SPECIFIC LOCATION OF THE ACTION:

The site is located approximately 4500 feet east of Plains Road and 2000 feet north of Kings Hill Road in the Town of Montgomery, Orange County, New York.

BASIS FOR DETERMINATION:

The action will not have any undesirable effect on the environment.  The land will be covered with top soil and reseeded to grasses and legumes.

FOR FURTHER INFORMATION CONTACT:

Louis J. Dushek, Mined Land Reclamation Specialist
NYS Department of Environmental Conservation
21 South Putt Corners Road
New Paltz, New York  12561

FILE NO.:  3023-32-0195 Mehlon Trucking

cc:   ENB, Room 602, Albany
      Regulatory Affairs
      Carl Helstrom, Supervisor, Town of Montgomery
      Mehlon Trucking
      File