# Exhibit "E" to Amended Verified Petition



# NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
## BUREAU OF MINERAL RESOURCES
### MINING PERMIT APPLICATION AND RECLAMATION REPORT

Form 85-19-2 (1/78)

**SECTION A**

1. **N.Y.S. MINE FILE NO.:** 30 23-32-0195
2. **NAME OF APPLICANT OR PERMITTEE:** MEHLON TRUCKING INC.
3. **TELEPHONE NO. (Include Area Code):** (914) 895-2700
4. **MAILING ADDRESS:** P.O. Box 519 Wallkill, N.Y. 12589
5. **COMMON NAME OF MINE:** KINGS HILL ROAD SHALE MINE
6. **LOCATION OF MINE:**
   - County: Orange
   - Town: Montgomery
   - U.S.G.S. DESIGNATION:
     - (a) Walden, N.Y.
     - (b) 7.5 Minutes
     - (c) 8/8/16 Inches Top
     - (d) 10/16 Inches Right
7. **TYPE OF SUBMITTAL:**
   - [X] Original Application
   - [ ] Renewal Application
   - [ ] Renewal WITH Amendment Application
   - [ ] Amendment Application
   - [ ] Transfer Application
   - [ ] Reclamation Report
8. **PERMIT TERM:**
   - Previous Term: [ ] Annual [X] Triennial
   - Coming Term: [ ] Annual [X] Triennial

**SECTION B**

9. **STATUS OF OTHER N.Y.S. MINE FILE NUMBERS, LIST FILE NUMBERS UNDER APPROPRIATE HEADING:**
   - Active: 3 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
   - Inactive / Refused / Suspended / Revoked / Reclamation Bond Forfeited
10. Has any owner, partner, corporate officer or corporate director of your organization ever held any of these positions in another organization which has had a New York State mining permit SUSPENDED or REVOKED or has had a New York State mined land reclamation bond FORFEITED? [ ] No [X] Yes  If "Yes", identify the person(s)
11. **COMMON OR COMMERCIAL NAME OF THE MINERAL TO BE MINED:** Shale
12. **TYPE OF GEOLOGIC DEPOSIT:** Shale
13. **TYPE OF MINE:**
    - [X] Surface Consolidated
    - [ ] Surface Unconsolidated
    - [ ] Underground
14. **ESTIMATED LIFE OF MINE:** 15 Years
15. **ESTIMATED NO. OF ACRES TO BE AFFECTED BY MINING DURING THE:**
    - A. Coming Phase 1 10.2 Acres
    - B. Remaining Phases 18.1 Acres
16. HAS THE PROPOSED RECLAMATION PLAN BEEN DEVELOPED IN COOPERATION WITH ANY OF THE FOLLOWING:
    - [ ] Department of Environmental Conservation
    - [ ] Soil Conservation Service
    - [ ] County Soil & Water Conservation District
    - [ ] Cooperative Extension Office
    - [X] Consultant (Identify) Wehran Engineering
    - [ ] Other (Identify)

**SECTION C**

17. **NAME AND MAILING ADDRESS OF THE MINERAL OWNER:** Leon and Dixie Mehl, RD1 Walden, N.Y. 12586
18. **NAME AND MAILING ADDRESS OF THE SURFACE LANDOWNER:** Leon and Dixie Mehl, RD1 Walden, N.Y. 12586
19. As the surface landowner of the property which is to be mined, I have been advised by the applicant of the contents of the reclamation plan.
    SIGNATURE OF LANDOWNER / DATE
20. What is the present zoning classification of the property to be mined? RA-1 (Residential Agriculture 1&2 family)
21. Does the proposed land-use objective conform to officially adopted COUNTY and/or TOWN planning? [X] Yes [ ] No  If "No", explain in block 25.
22. Does local government have any reclamation standards which apply to this mine? [ ] Yes [X] No  If "Yes", explain below in block 25.
23. Is the applicant required to have a local mining permit? [ ] Yes [X] No  If "Yes", enter the Permit Identification No. pending
24. Is the applicant required to have a local mining reclamation bond? [ ] Yes [X] No  If "Yes", what is the (a) amount of the bond $ pending
    (b) name and address of the surety

**SECTION D**

25. **COMMENTS RELATIVE TO QUESTIONS IN SECTION D:** Town of Montgomery requirements are pending review of NYSDEC permit application
26. **NAME AND MAILING ADDRESS OF LOCAL GOVERNMENT:** Town of Montgomery Town Hall, 74 Main Street, Walden, N.Y. 12586
27. As the Chief Administrative officer of the municipality having immediate jurisdiction over the proposed mine, I have been advised by the applicant of the contents of the reclamation plan. SIGNATURE DOES NOT NECESSARILY CONSTITUTE APPROVAL
    SIGNATURE OF CHIEF ADMINISTRATIVE OFFICER / NAME, TITLE / DATE 7/8/88

**SECTION E**

28. **NO. OF ACRES:** (A) Affected N/A  AND (B) Reclaimed N/A  DURING THIS REPORT PERIOD
29. **ESTIMATED NO. OF ACRES TO BE AFFECTED DURING THE COMING YEAR:** N/A Acres
30. DESCRIBE RECLAMATION PERFORMED DURING THE REPORT PERIOD: N/A
31. DESCRIBE ANY PROPOSED CHANGE IN THE RECLAMATION SCHEDULE: N/A
32. DO YOU REQUEST A REDUCTION IN THE AMOUNT OF THE RECLAMATION BOND? [ ] No [ ] Yes  If "Yes", explain: N/A

The Mined Land-Use Plan submitted with this application constitutes the applicant's proposal for mining and reclaiming the affected land described herein. Approval of the plan by the Department of Environmental Conservation is for the term of the permit. The applicant is responsible for submitting all plans, maps, forms, fees, bonds and reports as required by the Department. The permit is valid only for mining on land described in the plan and mining on unpermitted land is unlawful. Failure to adhere to the approved plan is cause for non-renewal, suspension or revocation of the permit. As a condition of the issuance of the permit, the applicant agrees to perform all work in accordance with the approved plan and any amendment thereto.

I hereby affirm under penalty of perjury that information provided on this form is true to the best of my knowledge and belief. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.