**APPENDIX 2**

**ACCESS ROAD CULVERT DESIGN**

| Chkd. by_____ Dat ____ | **WS** Engineers & Scientists | Sheet No. _1_ of _13_ |

Subject   HAULAGE WAY CULVERT SIZING

METHOD: RATIONAL    Q = C I A

SOURCES: ① "TIME OF CONCENTRATION OF SMALL DRAINAGE BASINS" p 362
Kirpich, Civil Engineering, Vol 10, No 6, June 1940

② "RAINFALL INTENSITY CHARTS" BINGHAMPTON, NY

③ HYDRAULIC CHARTS FOR THE SELECTION OF HIGHWAY
CULVERTS Bureau of Public Roads, Hydraulic Engineering
Circular No 5, 1965.

④ DESIGN CHARTS FOR OPEN CHANNEL FLOW, Federal
Highway Administration, Hydraulic Design Series No 3,
1973.

⑤ ARCHITECTURAL STANDARDS

Assumed C values:

| | |
|---|---|
| WOODED | 0.15 |
| RESIDENTIAL | 0.35 |
| BRUSH | 0.35 |
| PAVEMENT | 0.95 |

STORM FREQUENCY : 25 YR

1A/13



Chkd. by ____ Date ____   Sheet No. 2 of 13

Subject   AREA CALCULATIONS

$1 IN^2 = 250,000$ SF

| AREA | READINGS IN² | | SF | ACRE |
|------|------|------|------|------|
| A | .082 .082 | > .082 | 20,500 | .47 |
| B | .287 .302 .272 | > .287 | 71,750 | 1.65 |
| C | .157 .152 .152 | > .152 | 38,000 | .87 |
| D | .055 .057 | > .056 | 14,000 | .32 |
| E | .362 .355 .360 | > .359 | 89,750 | 2.06 |

Case 7:07-cv-10711-KMK   Document 7   Filed 01/30/2007   Page 5 of 25

## AREA A

$A = .47$ Ac    dense Brush

$c = .35$

$I:$   $H = 700 - 680 = 20$   $L = 300'$   $T_c = 2 \times 2 = 4 \min$ (from $2^{1.3} = 3.6$)

$I = 7.0$

$Q = (.35)(7.0)(.47) = 1.15$ c/s

12"CMP 30' @ 10%    **AREA A USE 12" MITER CMP**

## AREA B

$A = 1.65$

$c = \dfrac{(.33)(.35) + (.67)(.15)}{1} = 0.22$

$I:$  $H = 680 - 635 = 45$  $L = 550'$  $T_c = 3.6 \times 2 = 7.2 \min$

$I = 6.3$

$Q = (.22)(6.3)(1.65) = 2.3$ c/s

31'-15"CMP @ 1.0%    **AREA B USE 15" CMP MITERED**

## AREA C

$A = .32$

$c = .15$

$I:$  $H = 640 - 625 = 35$  $L = 280$  $T_c = 1.5 \times 2 = 3 \min$

$I = 7.0$

$Q = (.15)(.32)(7.0) = .34$ c/s  from Area A use 12"CMP MITERED

DESIGNER: _FCG_

DATE: _6-2-88_

PROJECT: _01534_

## HYDROLOGIC AND CHANNEL INFORMATION

### SKETCH

STATION: _A  3/6/60_



MEAN STREAM VELOCITY = _____
MAX. STREAM VELOCITY = _____

$$Q_1 = \underline{1.15}$$
$$Q_2 = \underline{\phantom{xx}}$$

$TW_1 = \underline{\phantom{xx}}$
$TW_2 = \underline{\phantom{xx}}$

( $Q_1$ = DESIGN DISCHARGE , SAY $Q_{25}$ )
( $Q_2$ = CHECK DISCHARGE , SAY $Q_{50}$ OR $Q_{100}$ )

### HEADWATER COMPUTATION

| CULVERT DESCRIPTION (ENTRANCE TYPE) | Q | SIZE | INLET CONT. | | OUTLET CONTROL | | | | | | $HW = H + h_0 - LS_0$ | | | | CONTROLLING HW | OUTLET VELOCITY | COST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $\frac{HW}{D}$ | HW | $K_e$ | H | $d_c$ | $\frac{d_c+D}{2}$ | TW | $h_0$ | $LS_0$ | $h_0 - LS_0$ | HW | | | | |
| MITERED | 1.15 | 12" | .04 | .04 | .7 | .7 | N/A | | | | | 3 | | | 2.5 | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

SUMMARY & RECOMMENDATIONS:

Figure 7

5-18

PROJECT: 07534

DESIGNER: FCG

DATE: 6-2-88

## HYDROLOGIC AND CHANNEL INFORMATION

### SKETCH

STATION: B 9480



AHW = 1.25

$S_0 = ?$
$L = 3?$

$Q_1 = 23$     $TW_1 =$
$Q_2 =$     $TW_2 =$

( $Q_1$ = DESIGN DISCHARGE , SAY $Q_{25}$ )
( $Q_2$ = CHECK DISCHARGE , SAY $Q_{50}$ OR $Q_{100}$ )

MEAN STREAM VELOCITY =
MAX. STREAM VELOCITY =

| CULVERT DESCRIPTION (ENTRANCE TYPE) | Q | SIZE | HEADWATER COMPUTATION | | | | | | | | | | CONTROLLING HW | OUTLET VELOCITY | COST | COMMENTS |
| | | | INLET CONT. | | OUTLET CONTROL | | | | | | | | | | | |
| | | | $\frac{HW}{D}$ | HW | $K_e$ | H | $d_c$ | $\frac{d_c+D}{2}$ | TW | $h_0$ | $-LS_0$ | $HW=H+h_0-LS_0$ | | | | |
| WATERED | 23 | 15 | .71 | .89 | NA | | | | | | | | | 3 | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

SUMMARY & RECOMMENDATIONS:

Figure 7

AREA D (combined E+D - grade road ditch)

A = 2.06 + .32 = 2.38

C = .25(.35) + .70(0.15) + .05(.95) = .24

I: H = 635 - 597 = 38    L = 750    $T_c \doteq 5$

I = 7.0

$$Q = (.24)(7.0)(2.38) = 4 \text{ cfs} \checkmark$$

PROJECT: 0753 4

DESIGNER: FLG

DATE: 6-2-88

## HYDROLOGIC AND CHANNEL INFORMATION

$q_1$ = 4          $TW_1$ =

$q_2$ =           $TW_2$ =

( $q_1$ = DESIGN DISCHARGE , SAY $q_{25}$ )
( $q_2$ = CHECK DISCHARGE , SAY $q_{50}$ OR $q_{100}$ )

### SKETCH

STATION: D 0+30

See sheet 5 of plan

EL. ___

AHW= 2'

EL. ___

$S_0$ = 4.27
L = 73

EL. ___          TW

MEAN STREAM VELOCITY =
MAX. STREAM VELOCITY =

| CULVERT DESCRIPTION (ENTRANCE TYPE) | Q | SIZE | INLET CONT. | | OUTLET CONTROL | | | | | | | | | CONTROLLING HW | | OUTLET VELOCITY | COST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | HW/D | HW | $K_e$ | H | $d_c$ | $\frac{d_c+D}{2}$ | TW | $h_0$ | $LS_0$ | $HW=H+h_0-LS_0$ | HW | HW | $LS_0$ | | | |
| MITER | 4 | 18 | .74 | 1.11 | NA | | | | | | | | | | | 50 | | ⇒ |
| | | | | | | | | | | | | | | | | | | |

HEADWATER COMPUTATION

SUMMARY & RECOMMENDATIONS:

Figure 7

5-18

# TIME OF CONCENTRATION OF SMALL DRAINAGE BASINS



**EXAMPLE:**
Height = 100 Ft.
Length = 3,000 Ft.
Time of concentration = 14 Min.

Note:  1) Use nomograph Tc for natural basins with well defined channels, for overland flow on bare earth, and for mowed grass roadside channels.

2) For overland flow, grassed surfaces, multiply Tc by 2.

3) for overland flow, concrete or asphalt surfaces, multiply Tc by 0.4.

4) For concrete channels, multiply Tc by 0.2.

Reference: Based on study by P.Z.Kirpich, Civil Engineering, Vol. 10, No. 6. June 1940. p. 362.

9/13



BINGHAMTON, NEW YORK
1905-1954

— NOTE —
UENCY ANALYSIS BY METHOD OF
EME VALUES, AFTER GUMBEL

— NOTE —
FREQUENCY ANALYSIS BY METHOD OF
EXTREME VALUES, AFTER GUMBEL

RAINFALL INTENSITY IN INCHES PER HOUR

RETURN PERIOD (YEARS)

MINUTES    DURATION    HOURS

~ 11.3    25 YR STORM

30



HEADWATER DEPTH FOR
C. M. PIPE CULVERTS
WITH INLET CONTROL

BUREAU OF PUBLIC ROADS JAN. 1963

5-25

Case 1:05-cv-00418-RMK    Document 1-1    Filed 11/30/2005    Page 13 of 25

11/13



CHART 35

CRITICAL CURVE

12"

PIPE FLOW CHART
12-INCH DIAMETER

48

Case 7:11-cv-01014-MK Document 5-13 Filed 11/29/2011 Page 14 of 25

12/13



PIPE FLOW CHART
15-INCH DIAMETER

49

13/15



PIPE FLOW CHART
18-INCH DIAMETER

50

**APPENDIX 3**

**EROSION AND SEDIMENT CONTROL DESIGN**

| By | | Date | | | Page No. | |
| Chkd. by | | Date | 12/88 | | Sheet No. | 1 of 9 |
| Subject | AREA CALCULATIONS | | | | | |

SCALE 1" = 100'     SF/SI = 10,000

| | PHASE | SI | AVE SI | SF | AC |
|---|---|---|---|---|---|
| FROM 100 SCALE | I | 44.3 / 44.66 | 44.48 | 444800 | 10.2 |
| | II | 10.06 / 9.85 / 10.03 | 9.98 | 99,800 | 2.3 |
| | III | 7.7 / 7.6 | 7.65 | 76,500 | 1.8 |
| | IV | 7.9 / 7.94 | 7.92 | 79,200 | 1.8 |
| | V | 45.55 / 45.57 | 45.56 | 455,600 | 10.4 |
| | ALL | 79.32 / 79.08 / 79.11 | 79.17 | 791,700 | 18.2 |

| 100 SCALE PHOTOCOPY | OFF-SITE DRAINAGE | SI | AVE | SF | AC |
|---|---|---|---|---|---|
| | PH I | 2.47 / 2.52 / 2.50 | 2.5 | 25000 | .57 |
| | PH II | 3.67 / 3.69 / 3.64 | 3.67 | 36700 | .84 |

| 200 SCALE | AREA w/ CHANGED FLOW PATTERN | 3.09 / 2.81 / 3.01 / 2.9 / 2.80 / 2.90 | 2.96 | 118400 | 2.72 |
|---|---|---|---|---|---|

Case 7:07-cv-10711-KMK   Document 47   WEHRAN ENGINEERING   Page 18 of 25

By ___ Date ___   WS   Project No. ___
Chkd. by VVV   Date ___ 7/88   Engineers & Scientists   Sheet No. 2 of 9
Subject   EROSION + SEDIMENT CONTROL

A. PURPOSE: TO SIZE STRUCTURES TO DIVERT STORM WATER AWAY FROM ACTIVE MINE AREAS

PARAMETERS:
      CHALKY SILT LOAM SOIL
      AGRICULTURAL LAND
      SEED: TEMPORARY MIX
      DIVERSION WILL BE MAINTAINED
      DISCHARGE TO STABLE, VEGETATED AREA

∴ DESIGN STORM = 25 yrs,   } Pg 4.2.2
  REQ'D FREEBOARD = 0.3'
  VELOCITY MAX 2.0 fps @ RET D+E
  $C_{factor}$ = .30   WOODED W/ ROCK OUTCROPS
                      steep meadow

B. DIVERSION ABOVE PHASE I

$Q = CIA$

$A = .57$ AC
$C = $ WOODED $= .30$
$I$: $L = 170'$   $H = 790 - 770 = 20'$   $T_c = 1 \times 2 = 2$

$F = 7.0$

$Q = (.3)(7)(.57) = 1.2$ cfs   $\leq 5$ cfs

      USE SMALL DIVERSION SPECS 4.2.2

C. DIVERSION ABOVE PH. II

$Q = CIA$

$A = .84$
$C = $ WOODED $= .30$
$I$: $L = 300'$   $H = 830 - 805 = 25'$   $T_c = 1.6 \times 2 = 3.2$
$I = 7$

$Q = (.3)(7)(.84) = 1.76$ cfs $\leq 5$   USE SMALL
           DIVERSION SPECS

D. DIVERSION ABOVE PH III

$$Q = c I A$$

$A = 2.3$

$c = .3$

$I$: $L = 180'$   $H = 805 - 760 = 45$   $T_c = 1.0 \times 2 = 2$

$I = 7$

$$Q = (.3)(7)(2.3) = 4.8 \text{ c/s} \leq 5 \text{ c/s} \quad \text{USE SMALL}$$
$$\text{DIVERSION SPECS}$$

E. DIVERSION ABOVE IV

$$Q = c I A$$

$A = 1.8$

$c = .3$

$I = \text{MINIMUM} = 7$

$$Q = (.3)(7)(1.8) = 3.8 \leq 5 \text{ c/s} \quad \text{USE SMALL}$$
$$\text{DIVERSION SPECS}$$

F. DIVERSION ABOVE V

$$Q = c I A$$

$A = 1.8$

$c = .3$   $\qquad Q = (.3)(7)(1.8) = 3.8 \leq 5 \text{c/s}$

$I = 7$

E. STONE OUTLET DIMENSIONS

$$L = 6 \times \text{CONTRIBUTING ACRE}$$

MAX CONT. AREA = 2.3 AC.   $\qquad L = 6 \times 2.3 = 13.8'$
$$\text{USE } 14'$$

# TIME OF CONCENTRATION OF
## SMALL DRAINAGE BASINS



EXAMPLE:
Height = 100 Ft.
Length = 3,000 Ft.
Time of concentration = 14 Min.

Note:  1) Use nomograph Tc for natural basins with well defined channels,
for overland flow on bare earth, and for mowed grass roadside channels.

2) For overland flow,  grassed surfaces, multiply Tc by 2.

3) for overland flow, concrete or asphalt surfaces, multiply Tc by 0.4.

4) For concrete channels, multiply Tc by 0.2.

Reference: Based on study by P.Z.Kirpich, Civil Engineering,
Vol. 10, No. 6. June 1940. p. 362.

# RAINFALL INTENSITY — DURATION — FREQUENCY CURVES





| DT N TYi | TYPICAL AREA OF PROTECTION | DESIGN STC FREQUENCY | FREEBOARD REQUIRED |
|---|---|---|---|
| Permanent | Agricultural Land | 25 years | 0.3 ft. |
| | Urban Land Areas, Play Fields, Recreation Areas, Agricultural Buildings, etc. | 25 years | 0.3 ft. |
| | Homes, schools, industrial buildings, etc. | 50 years | 0.5 ft. |

## Small Diversions

1. Where the diversion channel grade is between 0.25% and 5%, a permanent vegetative cover is planned and the design flow is equal to or less than given below, the dimensions given below for a parabolic channel may be used instead of preparing an individual design for the diversion.

| Q (cfs) | CHANNEL DIMENSIONS | |
|---|---|---|
| | TOP WIDTH (ft.) | DEPTH (ft.) |
| 5 | 12 | 1.9 |
| 10 | 22 | 1.9 |

The depth given above includes 0.3 ft. freeboard and 0.1 ft. settlement. Side slopes shall be 3:1 or flatter, and the ridge top width shall be 4 ft. or wider.

2. Where the diversion will be a temporary diversion to direct water off a graded right of way onto stable areas and the only area draining toward the diversion is the right of way; the following spacings, and the size given above for 5 cfs may be used instead of preparing individual designs for each diversion.

| ROAD GRADE (percent) | APPROXIMATE DISTANCE BETWEEN DIVERSIONS (ft.) |
|---|---|
| 1 | 400 |
| 2 | 245 |
| 5 | 125 |
| 10 | 78 |
| 15 | 58 |
| 20 | 47 |
| 25 | 40 |
| 30 | 35 |

## Velocity

The maximum permissible velocity for design flow will be determined by the most erodible soil texture exposed and the type of vegetation expected and maintained in the channel. The following table will be used in selecting maximum permissible velocities:

## Protection Against Sedimentation

When the movement of sediment into the diversion channel is a significant problem:

1. Land treatment or structural measures shall be installed to stabilize the source of sediment or trap the sediment.

2. If it is not possible to stabilize or trap the sediment, a filter strip of close growing grass shall be maintained above the diversion channel. The filter strip width measured from the center of the channel shall be at least one-half the channel top width plus 15 feet.

### Outlet

Each diversion must have an adequate, stable outlet. The outlet may be: a grassed, stone centered, or lined waterway; a vegetated or paved area; a grade stabilization structure; a storm sewer; a stable watercourse; a tile outlet; or open channel.

The outlet, in all cases, must be stable and convey water to a disposal point where damage will not result. Constructed vegetative outlets must be established prior to diversion construction.

### Temporary Stone Outlet Structure

A temporary stone outlet structure for a diversion may be used only where the contributing watershed is less than five acres. The minimum length, in feet, of the crest of the stone outlet structure shall be equal to six times the number of acres of the contributing drainage area. The crest of the stone outlet structure shall be level and at least six inches lower than the lowest elevation of the top of the diversion. The stone shall be crushed stone and be 4" to 8" in diameter except for a one-foot thick blanket of 2" diameter stone on the upstream face.

The temporary stone outlet structure shall be located so as to discharge onto an already stabilized area or into a stable watercourse. The stone structure shall be embedded into the soil a minimum of four inches.

### Permanent Cover and Erosion Protection

A permanent vegetative cover shall be established on all diversions in accordance with the Standards for Permanent Vegetative Cover for Soil Stabilization, p. 3.2.1 or Standards for Permanent Stabilization with Sod, p. 3.4.1. Where the season and other conditions may not be suitable for growing permanent erosion resistant cover, erosion protection will be provided in accordance with the Standards for Temporary Vegetative Cover for Soil Stabilization, p. 3.1.1 or Standards for Stabilization with Mulch Only, p. 3.3.1.

Diversions that are not designed to have a permanent vegetative cover shall be designed for bare channel velocities and with flat side slopes to prevent channel and side slope erosion. Diversions that are designed to have a permanent vegetative cover shall be seeded from the toe of the backslope to the upstream side of the designed channel width plus any required filter strip. Other areas disturbed by diversion construction shall also be seeded.

### Installation Requirements

All trees, brush, stumps, or other objectionable material shall be removed so they will not interfere with construction or proper functioning of the diversion. All ditches or gullies which must be crossed will be filled and compacted prior to or as part of the construction. Fence rows and other obstructions that will interfere with construction or the successful operation of the diversion are to be removed.

Vegetation is to be removed and the base for the ridge thoroughly disked before placement of fill.

The minimum constructed cross-section is to meet the design requirements.

The top of the constructed ridge is not to be lower than the design elevation plus the specified amount for settlement.

Fertilizing, seeding, and mulching shall conform to the requirements in the Standards for Permanent Vegetative Cover for Soil Stabilization, p. 3.2.1.

If there is no sediment protection provided on temporary diversions, it should be anticipated that periodic cleanout may be required.

Construction operations shall be carried out in such a manner that erosion and air and water pollution will be minimized. State and local laws shall be complied with.

**APPENDIX 4**
**BLASTING**

A. BLASTING HAS BEEN OCCURRING ALTERNATE SATURDAY
BLASTING LOCATED ≈700' FROM EXISTING BLDGS.

B. DISTANCE TO EXISTING BUILDINGS/STRUCTURES FOR
PROPOSED BLASTING
KINGS RD ≈ 400'
POWERLINES ≈ 700'

C. PEAK PARTICLE VELOCITY LIMITS (MAX) FOR GROUND
VIBRATION WHEN DISTANCE FROM BLASTING SITE
= 301 - 5000' ⟹ 1.00 inch/sec

D. SCALE DISTANCE EQUATION WHEN DISTANCE
FROM BLASTING SITE = 301 - 5000'

$$W = \left(\frac{D}{55}\right)^2$$

W = max weight of
explosives that can be
detonated w/i 8 millisec

D = distance to site

$$W' = \left(\frac{400}{55}\right)^2 = 53 \#$$