# Exhibit "G" to
# Amended Verified Petition

# Oversized documents in original court file