# Exhibit "I" to
## Amended Verified Petition

# TOWN OF MONTGOMERY
### 74 MAIN STREET
### WALDEN, N.Y. 12586



July 19, 1988

Emilio D. Gironda, Jr. Esq.
252 North Plank Road
Newburgh, New York 12550

      RE:   Mehlon Trucking - Kings Hill Road

Dear Mr. Gironda:

In response to your letter with regard to the above, as soon as you complete your submission, we will forward it to our planner for his preliminary review. Please obtain a copy of our Zoning Law, as it provides for sand and gravel operations as a Special Use Permit in various zones within the Town. You will need an application (enclosed), environmental review forms (enclosed) and you must ultimately submit a fee based upon the expected capacity of the mine.

Since you will need a DEC mining permit, you may wish to submit to us simultaneously. However, we will not make a final decision until you obtain a DEC permt and we have held a public hearing as required by our Zoning Law.

Very truly yours,

William J. Kelly, Jr.
Planning Board Chairman

WJK:ctr

1788 — Bicentennial Year — 1988