# Exhibit "K" to
## Amended Verified Petition

130-40-30.32    ROADSIDE MARKETS FOR THE SALE OF FARM PRODUCTS PRODUCED ON THE PREMISES:

(a) The roadside market shall be so located as to provide adequate sight distance along the access roadway to permit customers reasonable time to turn into site.

(b) There shall be adequate offstreet parking of sufficient depth so that the entrance areas shall not be blocked.

(c) Entrance areas shall be so graded and stabilized as to assure convenient access to the site.

(d) Outdoor floodlighting shall be prohibited.

(e) Only one (1) sign not larger than 12 square feet in area shall be permitted.

130-40-30.33    SCHOOL, ELEMENTARY OR HIGH, PUBLIC, DENOMINATIONAL OR PRIVATE, HAVING A CURRICULUM THE SAME AS ORDINARILY GIVEN IN PUBLIC SCHOOLS:

see CHURCH, etc.

130-40-30.34    TEMPORARY SAND AND GRAVEL REMOVAL OPERATIONS MAY BE LOCATED IN ANY DISTRICT:

(a) The minimum site shall be 10 acres.

(b) The removal operation shall not be closer than 300 feet of any residential use.

(c) The removal operation shall conform to the provisions of the municipal sand and gravel ordinance with respect to such temporary operations.

130-40-30.35    THEATER OR MOTION PICTURE THEATER, OTHER THAN AN OUTDOOR DRIVE-IN THEATER:

See ARENA, ASSEMBLY HALL

130-40-30.36    VETERINARIAN:

See ANIMAL HOSPITAL

130-40-30.37    LIQUEFIED PETROLEUM GAS (LPG) FILLING STATION:

(a) The lot area shall be not less than 20,000 square feet and shall have a minimum frontage along the principal roadway of at least 150 feet.

(b) Gallons shall be measured in terms of water capacity.

(c) The site shall provide adequate off-street parking for all employees and loading spaces for all trucks which may be involved with the facility.

(d) LPG shall otherwise be stored and handled according to the latest edition of the National Fire Protection Association Manual 58, which manual shall be kept on file in the office of the town building inspector.

(e) Above ground storage containers shall not exceed a capacity of one hundred twenty thousand (120,000) gallons, nor shall the total volume of gas at any one site exceed two hundred eighty thousand (280,000) gallons in an I-3 District or seventy thousand (70,000) gallons in a B-4 or ID District.

(f) LPG storage tanks in excess of seventy thousand (70,000) gallons shall be set back one hundred (100) feet, and those tanks in excess of ninety thousand (90,000) gallons shall be set back one hundred twenty-five (125) feet from all property lines.

(g) Underground containers in excess of two thousand (2,000) gallons shall be set back 50 feet from all property lines.(h) No combustible material of any kind, weeds and grass shall be kept within ten (10) feet of a LPG storage tank or container.

(i) LPG storage shall not be located on lands subject to ponding or flooding according to the Town Soils Map or the HUD Flood Insurance Maps.

(j) Above-ground LPG storage tanks shall be separated from each other by twenty (20) feet.

(k) Gallons shall be measured in terms of water capacity.

### 130-40-30.43 TEMPORARY SAND AND GRAVEL REMOVAL OPERATIONS MAY BE LOCATED IN ANY DISTRICT:

(a) The minimum site shall be ten (10) acres.

(b) The removal operation shall not be closer than three hundred (300) feet of any residential use.

(c) The removal operation shall conform to the provisions of the municipal sand and gravel ordinance with respect to such temporary operations.

### 130-40-30.44 THEATER OR MOTION PICTURE THEATER, OTHER THAN AN OUTDOOR DRIVE-IN THEATER: See ARENA, ASSEMBLY HALL

### 130-40-30.45 TRANSFER STATIONS See RECYCLING HANDLING AND RECOVERY FACILITIES and determine relevant requirements. See also additional bulk requirements following Section 70-20.

### 130-40-30.46 TRUCK TERMINALS AND ALL NON-ACCESSORY WAREHOUSES or those accessory warehouses with more than four truck docks;

a) Loading bays may not face street frontage area.