# Exhibit “L” to

# Amended Verified Petition

Empty