# Exhibit "O" to
# Amended Verified Petition

Planning Board Meeting
November 28, 1988
Page 3

### Town of Montgomery Master Plan - Adoption and SEQRA Determination

Chairman Kelly advised the Board that the end of the Public comment period was November 23, 1988. The Chairman reviewed with the Board a letter from the Village of Maybrook dated November 4, 1988 (copy on file). A letter of response will be sent to the Village Mayor. Chairman Kelly also reviewed a letter of review from the Orange County Planning Department (letter on file). John Schmoll stated that in his opinion the residents were in support and did not voice any opposition at the Public Hearing. The Resolution to Adopt the Master Plan was read. A motion to adopt the resolution finding this project does not have significant environmental impact was made by John Schmoll and seconded by Harry Crabtree. All in favor - All Ayes - Motion Carried. A motion to adopt the Master Plan was made by John Schmoll and seconded by Stanley Seacord. All in Favor - All Ayes - Motion Carried.

### Mehlon Mining Permit - Lead Agency Designation

Chairman Kelly advised the Board that the DEC has given the Planning Board the option of being lead agency for this application. After a brief discussion a motion was made by Harry Mills and seconded by John Schmoll for the Planning Board to be Lead Agency for this project. All in Favor - All Ayes - Motion Carried. A letter will be sent to the DEC informing them of the Board's decision.

### Menendez - 2 Lot Subdivision - Wallkill Road - Decision and SEQRA Determination

A motion was made that a resolution be adopted finding this project does not have significant environmental impact by John Schmoll and seconded by Harry Crabtree - All in Favor - All Ayes - Motion Carried. A motion to approve this subdivision with the condition that the applicant revise his subdivision map and show an insert map and location of the property and to get in tough with Mr. Garling for direction was made by John Schmoll and seconded by Harry Crabtree. All in Favor - All Ayes - Motion Carried.

### Paraco Gas and Equipment - Discussion

Area residents, who were not in favor of this project, asked the Chairman what would be necessary from the residents to stop this application from being approved. The Chairman informed them that they should get all the residents who were opposed to come forth at the public hearing or to write letters to the Planning Board office stating their concerns and objections.