# Exhibit "P" to
## Amended Verified Petition

Case 7:07-cv-10711-KMK    Document 1-21    Filed 11/30/2007    Page 1 of 2

**New York State Department of Environmental Conservation**
21 South Putt Corners Road, New Paltz, NY 12561-1696
(914) 255-5453



Thomas C. Jorling
Commissioner

December 22, 1988

Town of Montgomery Planning Board
74 Main Street
Walden, NY 12586

Attn: William J. Kelly, Jr.

Dear Mr. Kelly:

In response to your letter of November 29, 1988, DEC agrees to the Town of Montgomery Planning Board serving as lead agency under SEQR for the Mehlon Trucking mining proposal. Also note that we have not received a response to our letter of November 22, 1988 from the Town of Newburgh indicating the Town's interest in assuming the lead agency role for this project.

We ask that you continue to advise us of all Town decisions related to the Mehlon application. At this time, the Mehlon application to DEC is incomplete pending resolution of SEQR.

If you have any questions related to this matter, please do not hesitate to contact me.

Sincerely,

Alexander F. Ciesluk, Jr.
Deputy Regional Permit Administrator
Region 3

AFC/ll

cc: R. Kirkpatrick, Supervisor T. Newburgh
    J. Carfizzi
    L. Mehl
    F. Geissler, Wehran Eng.

12-27-88 - Received - Cookie
Copies Bill, Rich, Ed