# Exhibit "T" to
## Amended Verified Petition

14-16-2 (2/87)—7c

617.21
Appendix A
State Environmental Quality Review

SEQR

# FULL ENVIRONMENTAL ASSESSMENT FORM

**Purpose:** The full EAF is designed to help applicants and agencies determine, in an orderly manner, whether a project or action may be significant. The question of whether an action may be significant is not always easy to answer. Frequently, there are aspects of a project that are subjective or unmeasureable. It is also understood that those who determine significance may have little or no formal knowledge of the environment or may be technically expert in environmental analysis. In addition, many who have knowledge in one particular area may not be aware of the broader concerns affecting the question of significance.

The full EAF is intended to provide a method whereby applicants and agencies can be assured that the determination process has been orderly, comprehensive in nature, yet flexible to allow introduction of information to fit a project or action.

**Full EAF Components:** The full EAF is comprised of three parts:

**Part 1:** Provides objective data and information about a given project and its site. By identifying basic project data, it assists a reviewer in the analysis that takes place in Parts 2 and 3.

**Part 2:** Focuses on identifying the range of possible impacts that may occur from a project or action. It provides guidance as to whether an impact is likely to be considered small to moderate or whether it is a potentially-large impact. The form also identifies whether an impact can be mitigated or reduced.

**Part 3:** If any impact in Part 2 is identified as potentially-large, then Part 3 is used to evaluate whether or not the impact is actually important.

---

## DETERMINATION OF SIGNIFICANCE—Type 1 and Unlisted Actions

Identify the Portions of EAF completed for this project:    ☒ Part 1    ☒ Part 2    ☐ Part 3

Upon review of the information recorded on this EAF (Parts 1 and 2 and 3 if appropriate), and any other supporting information, and considering both the magitude and importance of each impact, it is reasonably determined by the lead agency that:

☐ A. The project will not result in any large and important impact(s) and, therefore, is one which will not have a significant impact on the environment, therefore **a negative declaration will be prepared.**

☐ B. Although the project could have a significant effect on the environment, there will not be a significant effect for this Unlisted Action because the mitigation measures described in PART 3 have been required, therefore **a CONDITIONED negative declaration will be prepared.**\*

☐ C. The project may result in one or more large and important impacts that may have a significant impact on the environment, therefore **a positive declaration will be prepared.**

\* A Conditioned Negative Declaration is only valid for Unlisted Actions

Kings Hill Road Shale Mine
Name of Action

Name of Lead Agency

Print or Type Name of Responsible Officer in Lead Agency     Title of Responsible Officer

Signature of Responsible Officer in Lead Agency     Signature of Preparer (If different from responsible officer)

Date

1

PART 1—PROJECT INFORMATION

Prepared by Project Sponsor

NOTICE: This document is designed to assist in determining whether the action proposed may have a significant effect on the environment. Please complete the entire form, Parts A through E. Answers to these questions will be considered as part of the application for approval and may be subject to further verification and public review. Provide any additional information you believe will be needed to complete Parts 2 and 3.

It is expected that completion of the full EAF will be dependent on information currently available and will not involve new studies, research or investigation. If information requiring such additional work is unavailable, so indicate and specify each instance.

| NAME OF ACTION |
|---|
| Kings Hill Road Shale Mine |

| LOCATION OF ACTION (Include Street Address, Municipality and County) |
|---|
| Kings Hill Road, Town of Montgomery, Orange County, New York |

| NAME OF APPLICANT/SPONSOR | BUSINESS TELEPHONE |
|---|---|
| Mr. Leon Mehl, President, Mehlon Trucking Inc. | (914) 895-2700 |

| ADDRESS |
|---|
| Post Office Box 519 |

| CITY/PO | STATE | ZIP CODE |
|---|---|---|
| Wallkill | N.Y. | 12589 |

| NAME OF OWNER (If different) | BUSINESS TELEPHONE |
|---|---|
| same as above | ( ) |

| ADDRESS |
|---|
| |

| CITY/PO | STATE | ZIP CODE |
|---|---|---|
| | | |

| DESCRIPTION OF ACTION |
|---|
| Shale mining operation including blasting |

Please Complete Each Question— Indicate N.A. if not applicable

## A. Site Description

Physical setting of overall project, both developed and undeveloped areas.

1. Present land use: ☐Urban  ☐Industrial  ☐Commercial  ☐Residential (suburban)  ☐Rural (non-farm)
   ☒Forest  ☐Agriculture  ☒Other  Quarry, Utility Easement

2. Total acreage of project area:  159.9  acres. (Total Site)

   | APPROXIMATE ACREAGE | PRESENTLY | AFTER COMPLETION |
   |---|---|---|
   | Meadow or Brushland (Non-agricultural) | acres | 18.1 acres |
   | Forested | 140 acres | 130.2 acres |
   | Agricultural (Includes orchards, cropland, pasture, etc.) | acres | acres |
   | Wetland (Freshwater or tidal as per Articles 24, 25 of ECL) | 0 acres | 0 acres |
   | Water Surface Area | 0 acres | 0 acres |
   | Unvegetated (Rock, earth or fill) | 8.3 acres | acres |
   | Roads, buildings and other paved surfaces | 1.4 acres | 1.4 acres |
   | Other (Indicate type)  Utility Easement | 10.2 acres | 10.2 acres |

3. What is predominant soil type(s) on project site?  Both-Nassau shaly siltloam, and Rock-Outcrop Nassau complex shaly silt loam.
   a. Soil drainage: ☒Well drained  100 % of site  ☐Moderately well drained ___ % of site
      ☐Poorly drained ___ % of site
   b. If any agricultural land is involved, how many acres of soil are classified within soil group 1 through 4 of the NYS Land Classification System? ___ acres. (See 1 NYCRR 370).

4. Are there bedrock outcroppings on project site?  ☒Yes  ☐No
   a. What is depth to bedrock?  0->5 feet  (in feet)

2

5. Approximate percentage of proposed project site with slopes:   ☐0-10% __40__ %    ☐10-15% __55__ %
   ☐15% or greater __5__ %

6. Is project substantially contiguous to, or contain a building, site, or district, listed on the State or the National Registers of Historic Places?   ☐Yes   ☒No

7. Is project substantially contiguous to a site listed on the Register of National Natural Landmarks?   ☐Yes   ☒No

8. What is the depth of the water table? __0.5 →6__ (in feet) varies with season and location (Orange County Soils Survey, SCS)

9. Is site located over a primary, principal, or sole source aquifer?   ☐Yes   ☒No

10. Do hunting, fishing or shell fishing opportunities presently exist in the project area?   ☐Yes   ☒No

11. Does project site contain any species of plant or animal life that is identified as threatened or endangered?
    ☐Yes   ☒No   According to __review of Significant Habitat Overlay No. 1 of 2, NYS DEC,__
    Identify each species __NA__                                                                Bureau of Wildlife

12. Are there any unique or unusual land forms on the project site? (i.e., cliffs, dunes, other geological formations)
    ☐Yes   ☒No   Describe __N/A__

13. Is the project site presently used by the community or neighborhood as an open space or recreation area?
    ☐Yes   ☒No   If yes, explain __N/A__

14. Does the present site include scenic views known to be important to the community?
    ☐Yes   ☒No

15. Streams within or contiguous to project area: __Unnamed Tributary(Class B) to Tin Brook is 500ft. from site boundary.__
    a. Name of Stream and name of River to which it is tributary __Tin Brook(Class B where unnamed trib joins it) flows into the Wallkill River (ClassB)__

16. Lakes, ponds, wetland areas within or contiguous to project area: None
    a. Name __N/A__                                             b. Size (In acres) __N/A__

17. Is the site served by existing public utilities?   ☐Yes   ☒No (there is an easement through a non-project of the property)
    a) If Yes, does sufficient capacity exist to allow connection? N/A ☐Yes   ☐No
    b) If Yes, will improvements be necessary to allow connection? N/A ☐Yes   ☐No

18. Is the site located in an agricultural district certified pursuant to Agriculture and Markets Law, Article 25-AA, Section 303 and 304?   ☒Yes   ☐No

19. Is the site located in or substantially contiguous to a Critical Environmental Area designated pursuant to Article 8 of the ECL, and 6 NYCRR 617?   ☐Yes   ☒No

20. Has the site ever been used for the disposal of solid or hazardous wastes?   ☐Yes   ☒No

## B. Project Description

1. Physical dimensions and scale of project (fill in dimensions as appropriate)
   a. Total contiguous acreage owned or controlled by project sponsor __159.9__ acres.
   b. Project acreage to be developed: __10.2__ acres initially;   __18.1__ acres ultimately.
   c. Project acreage to remain undeveloped __130.2__ acres.
   d. Length of project, in miles: __N/A__ (If appropriate)
   e. If the project is an expansion, indicate percent of expansion proposed _____ %;
   f. Number of off-street parking spaces existing __N/A__; proposed __N/A__.
   g. Maximum vehicular trips generated per hour __2.5__ (upon completion of project)? (20 per day)
   h. If residential: Number and type of housing units: N/A
              One Family        Two Family        Multiple Family      Condominium
      Initially   _____    _____        _____           _____
      Ultimately  _____    _____        _____           _____
   i. Dimensions (in feet) of largest proposed structure _____ height; __40__ width; __60__ length.
   j. Linear feet of frontage along a public thoroughfare project will occupy is? $1.91^{0.8}$ ft. = overall property boundary along Kings-Hill Road (project is away from public roads).

N/A = Not Applicable                                3

2. How much natural material (i.e., rock, earth, etc.) will be removed from the site? __820,000__ tons/cubic yard in place
3. Will disturbed areas be reclaimed?   ☒Yes   ☐No   ☐N/A
    a. If yes, for what intended purpose is the site being reclaimed? __pasture__
    b. Will topsoil be stockpiled for reclamation?   ☒Yes   ☐No
    c. Will upper subsoil be stockpiled for reclamation?   ☐Yes   ☐No   N/A (no subsoil in mining area)
4. How many acres of vegetation (trees, shrubs, ground covers) will be removed from site? __9.8__ acres.
5. Will any mature forest (over 100 years old) or other locally-important vegetation be removed by this project?
    ☐Yes   ☒No
6. If single phase project: Anticipated period of construction _____ months, (including demolition).
7. If multi-phased:
    a. Total number of phases anticipated __5__ (number).
    b. Anticipated date of commencement phase 1 __Oct.__ month __1988__ year, (including demolition).
    c. Approximate completion date of final phase __Sept__ month __2003__ year.
    d. Is phase 1 functionally dependent on subsequent phases?   ☐Yes   ☒No
8. Will blasting occur during construction?   ☒Yes   ☐No
9. Number of jobs generated: during construction __N/A__; after project is complete __N/A__
10. Number of jobs eliminated by this project __None__.     during mining operations 3-5
11. Will project require relocation of any projects or facilities?   ☐Yes   ☒No   If yes, explain _____
_____
12. Is surface liquid waste disposal involved?   ☐Yes   ☒No
    a. If yes, indicate type of waste (sewage, industrial, etc.) and amount _____
    b. Name of water body into which effluent will be discharged _____
13. Is subsurface liquid waste disposal involved?   ☐Yes   ☒No   Type _____
14. Will surface area of an existing water body increase or decrease by proposal?   ☐Yes   ☒No
    Explain _____
15. Is project or any portion of project located in a 100 year flood plain?   ☐Yes   ☒No
16. Will the project generate solid waste?   ☐Yes   ☒No
    a. If yes, what is the amount per month __N/A__ tons
    b. If yes, will an existing solid waste facility be used?   ☐Yes   ☐No   N/A
    c. If yes, give name __N/A__; location __N/A__
    d. Will any wastes not go into a sewage disposal system or into a sanitary landfill?   ☐Yes   ☒No
    e. If Yes, explain __N/A__
17. Will the project involve the disposal of solid waste?   ☐Yes   ☒No
    a. If yes, what is the anticipated rate of disposal? __N/A__ tons/month.
    b. If yes, what is the anticipated site life? __N/A__ years.
18. Will project use herbicides or pesticides?   ☐Yes   ☒No
19. Will project routinely produce odors (more than one hour per day)?   ☐Yes   ☒No
20. Will project produce operating noise exceeding the local ambient noise levels?   ☒Yes   ☐No
21. Will project result in an increase in energy use?   ☒Yes   ☐No
    If yes, indicate type(s) __Diesel fuel for equipment__
22. If water supply is from wells, indicate pumping capacity _____ gallons/minute.
23. Total anticipated water usage per day __none__ gallons/day.
24. Does project involve Local, State or Federal funding?   ☐Yes   ☒No
    If Yes, explain __N/A__

N/A = Not Applicable                          4

25. Approvals Required:

| | | Type | Submittal Date |
|---|---|---|---|
| City, Town, Village Board | ☐Yes ☒No | | |
| City, Town, Village Planning Board | ☒Yes ☐No | Special Use Permit | |
| City, Town Zoning Board | ☐Yes ☒No | | |
| City, County Health Department | ☐Yes ☒No | | |
| Other Local Agencies | ☐Yes ☒No | | |
| Other Regional Agencies | ☐Yes ☒No | | |
| State Agencies | ☒Yes ☐No | NYS DEC – Mining Permit | |
| Federal Agencies | ☐Yes ☒No | | |

## C. Zoning and Planning Information

1. Does proposed action involve a planning or zoning decision?  ☒Yes  ☐No
   If Yes, indicate decision required:
   ☐zoning amendment   ☒zoning variance   ☐special use permit   ☐subdivision   ☐site plan
   ☐new/revision of master plan   ☐resource management plan   ☐other _____

2. What is the zoning classification(s) of the site? __RA – 1 (Residential Agriculture, one and two family)__

3. What is the maximum potential development of the site if developed as permitted by the present zoning?
   __Residential (one and two family residence on 40,000 sq. ft. lot)__

4. What is the proposed zoning of the site? _ SAME

5. What is the maximum potential development of the site if developed as permitted by the proposed zoning?
   __Residential (one and two family residence on 40,000 sq. ft. lot) N/A__

6. Is the proposed action consistent with the recommended uses in adopted local land use plans?  ☐Yes  ☒No

7. What are the predominant land use(s) and zoning classifications within a ¼ mile radius of proposed action?
   __Residential/ zoned RA-1 (Montgomery), AR + R2 (Newburgh), RAg2 (Shawangunk)__

8. Is the proposed action compatible with adjoining/surrounding land uses within a ¼ mile?  ☐Yes  ☒No

9. If the proposed action is the subdivision of land, how many lots are proposed? __N/A__
   a. What is the minimum lot size proposed? __N/A__

10. Will proposed action require any authorization(s) for the formation of sewer or water districts?  ☐Yes  ☒No

11. Will the proposed action create a demand for any community provided services (recreation, education, police, fire protection)?  ☐Yes  ☒No
    a. If yes, is existing capacity sufficient to handle projected demand?  ☐Yes  ☐No  N/A

12. Will the proposed action result in the generation of traffic significantly above present levels?  ☐Yes  ☒No
    a. If yes, is the existing road network adequate to handle the additional traffic?  ☐Yes  ☐No

## D. Informational Details

Attach any additional information as may be needed to clarify your project. If there are or may be any adverse impacts associated with your proposal, please discuss such impacts and the measures which you propose to mitigate or avoid them.

## E. Verification

I certify that the information provided above is true to the best of my knowledge.
Applicant/Sponsor Name __Wehran Engineering, for Mehlon Trucking Inc.__  Date __3/23/89__
Signature __Alan Bronsen__, C.E.P.  Title __Senior Environmental Scientist__

If the action is in the Coastal Area, and you are a state agency, complete the Coastal Assessment Form before proceeding with this assessment.

5

N/A = Not Applicable

## Part 2  PROJECT IMPACTS AND THEIR MAGNITUDE
### Responsibility of Lead Agency

**General Information** (Read Carefully)
- In completing the form the reviewer should be guided by the question: Have my responses and determinations been **reasonable?** The reviewer is not expected to be an expert environmental analyst.
- Identifying that an impact will be potentially large (column 2) does not mean that it is also necessarily **significant**. Any large impact must be evaluated in PART 3 to determine significance. Identifying an impact in column 2 simply asks that it be looked at further.
- The **Examples** provided are to assist the reviewer by showing types of impacts and wherever possible the threshold of magnitude that would trigger a response in column 2. The examples are generally applicable throughout the State and for most situations. But, for any specific project or site other examples and/or lower thresholds may be appropriate for a Potential Large Impact response, thus requiring evaluation in Part 3.
- The impacts of each project, on each site, in each locality, will vary. Therefore, the examples are illustrative and have been offered as guidance. They do not constitute an exhaustive list of impacts and thresholds to answer each question.
- The number of examples per question does not indicate the importance of each question.
- In identifying impacts, consider long term, short term and cumlative effects.

**Instructions** (Read carefully)
a. Answer each of the 19 questions in PART 2. Answer Yes if there will be **any** impact.
b. **Maybe** answers should be considered as **Yes** answers.
c. If answering **Yes** to a question then check the appropriate box (column 1 or 2) to indicate the potential size of the impact. If impact threshold equals or exceeds any example provided, check column 2. If impact will occur but threshold is lower than example, check column 1.
d. If reviewer has doubt about size of the impact then consider the impact as potentially large and proceed to PART 3.
e. If a potentially large impact checked in column 2 can be mitigated by change(s) in the project to a small to moderate impact, also check the **Yes** box in column 3. A **No** response indicates that such a reduction is not possible. This must be explained in Part 3.

| | 1<br>Small to Moderate Impact | 2<br>Potential Large Impact | 3<br>Can Impact Be Mitigated By Project Change |
|---|---|---|---|
| **IMPACT ON LAND**<br>1. Will the proposed action result in a physical change to the project site?  ☐NO ☒YES | | | |
| Examples that would apply to column 2 | | | |
| • Any construction on slopes of 15% or greater, (15 foot rise per 100 foot of length), or where the general slopes in the project area exceed 10%. | ☐ | ☐ | ☐Yes ☐No |
| • Construction on land where the depth to the water table is less than 3 feet. | ☐ | ☐ | ☐Yes ☐No |
| • Construction of paved parking area for 1,000 or more vehicles. | ☐ | ☐ | ☐Yes ☐No |
| • Construction on land where bedrock is exposed or generally within 3 feet of existing ground surface. | ☒ | ☐ | ☐Yes ☐No |
| • Construction that will continue for more than 1 year or involve more than one phase or stage. | ☐ | ☐ | ☐Yes ☐No |
| • Excavation for mining purposes that would remove more than 1,000 tons of natural material (i.e., rock or soil) per year. | ☒ | ☐ | ☐Yes ☐No |
| • Construction or expansion of a sanitary landfill. | ☐ | ☐ | ☐Yes ☐No |
| • Construction in a designated floodway. | ☐ | ☐ | ☐Yes ☐No |
| • Other impacts _____ | ☐ | ☐ | ☐Yes ☐No |
| 2. Will there be an effect to any unique or unusual land forms found on the site? (i.e., cliffs, dunes, geological formations, etc.) ☒NO ☐YES | | | |
| • Specific land forms: _____ | ☐ | ☐ | ☐Yes ☐No |

| | 1<br>Small to Moderate Impact | 2<br>Potential Large Impact | 3<br>Can Impact Be Mitigated By Project Change |
|---|---|---|---|

**IMPACT ON WATER**

3. Will proposed action affect any water body designated as protected? (Under Articles 15, 24, 25 of the Environmental Conservation Law, ECL)  ☒NO  ☐YES

   Examples that would apply to column 2
   - Developable area of site contains a protected water body.  ☐  ☐  ☐Yes ☐No
   - Dredging more than 100 cubic yards of material from channel of a protected stream.  ☐  ☐  ☐Yes ☐No
   - Extension of utility distribution facilities through a protected water body.  ☐  ☐  ☐Yes ☐No
   - Construction in a designated freshwater or tidal wetland.  ☐  ☐  ☐Yes ☐No
   - Other impacts: _____  ☐  ☐  ☐Yes ☐No

4. Will proposed action affect any non-protected existing or new body of water?  ☒NO  ☐YES

   Examples that would apply to column 2
   - A 10% increase or decrease in the surface area of any body of water or more than a 10 acre increase or decrease.  ☐  ☐  ☐Yes ☐No
   - Construction of a body of water that exceeds 10 acres of surface area.  ☐  ☐  ☐Yes ☐No
   - Other impacts: _____  ☐  ☐  ☐Yes ☐No

5. Will Proposed Action affect surface or groundwater quality or quantity?  ☒NO  ☐YES

   Examples that would apply to column 2
   - Proposed Action will require a discharge permit.  ☐  ☐  ☐Yes ☐No
   - Proposed Action requires use of a source of water that does not have approval to serve proposed (project) action.  ☐  ☐  ☐Yes ☐No
   - Proposed Action requires water supply from wells with greater than 45 gallons per minute pumping capacity.  ☐  ☐  ☐Yes ☐No
   - Construction or operation causing any contamination of a water supply system.  ☐  ☐  ☐Yes ☐No
   - Proposed Action will adversely affect groundwater.  ☐  ☐  ☐Yes ☐No
   - Liquid effluent will be conveyed off the site to facilities which presently do not exist or have inadequate capacity.  ☐  ☐  ☐Yes ☐No
   - Proposed Action would use water in excess of 20,000 gallons per day.  ☐  ☐  ☐Yes ☐No
   - Proposed Action will likely cause siltation or other discharge into an existing body of water to the extent that there will be an obvious visual contrast to natural conditions.  ☐  ☐  ☐Yes ☐No
   - Proposed Action will require the storage of petroleum or chemical products greater than 1,100 gallons.  ☐  ☐  ☐Yes ☐No
   - Proposed Action will allow residential uses in areas without water and/or sewer services.  ☐  ☐  ☐Yes ☐No
   - Proposed Action locates commercial and/or industrial uses which may require new or expansion of existing waste treatment and/or storage facilities.  ☐  ☐  ☐Yes ☐No
   - Other impacts: _____  ☐  ☐  ☐Yes ☐No

6. Will proposed action alter drainage flow or patterns, or surface water runoff?  ☒NO  ☐YES

   Examples that would apply to column 2
   - Proposed Action would change flood water flows.  ☐  ☐  ☐Yes ☐No

7

|  | 1<br>Small to Moderate Impact | 2<br>Potential Large Impact | 3<br>Can Impact Be Mitigated By Project Change |
|---|---|---|---|
| • Proposed Action may cause substantial erosion. | ☐ | ☐ | ☐Yes ☐No |
| • Proposed Action is incompatible with existing drainage patterns. | ☐ | ☐ | ☐Yes ☐No |
| • Proposed Action will allow development in a designated floodway. | ☐ | ☐ | ☐Yes ☐No |
| • Other impacts: _____ | ☐ | ☐ | ☐Yes ☐No |

## IMPACT ON AIR

7. Will proposed action affect air quality?    ☐NO  ☒YES
   Examples that would apply to column 2

|  |  |  |  |
|---|---|---|---|
| • Proposed Action will induce 1,000 or more vehicle trips in any given hour. | ☐ | ☐ | ☐Yes ☐No |
| • Proposed Action will result in the incineration of more than 1 ton of refuse per hour. | ☐ | ☐ | ☐Yes ☐No |
| • Emission rate of total contaminants will exceed 5 lbs. per hour or a heat source producing more than 10 million BTU's per hour. | ☐ | ☐ | ☐Yes ☐No |
| • Proposed action will allow an increase in the amount of land committed to industrial use. | ☐ | ☐ | ☐Yes ☐No |
| • Proposed action will allow an increase in the density of industrial development within existing industrial areas. | ☐ | ☐ | ☐Yes ☐No |
| • Other impacts: _dust from mining operations_ | ☒ | ☐ | ☐Yes ☐No |

## IMPACT ON PLANTS AND ANIMALS

8. Will Proposed Action affect any threatened or endangered species?    ☒NO  ☐YES
   Examples that would apply to column 2

|  |  |  |  |
|---|---|---|---|
| • Reduction of one or more species listed on the New York or Federal list, using the site, over or near site or found on the site. | ☐ | ☐ | ☐Yes ☐No |
| • Removal of any portion of a critical or significant wildlife habitat. | ☐ | ☐ | ☐Yes ☐No |
| • Application of pesticide or herbicide more than twice a year, other than for agricultural purposes. | ☐ | ☐ | ☐Yes ☐No |
| • Other impacts: _____ | ☐ | ☐ | ☐Yes ☐No |

9. Will Proposed Action substantially affect non-threatened or non-endangered species?    ☒NO  ☐YES
   Examples that would apply to column 2

|  |  |  |  |
|---|---|---|---|
| • Proposed Action would substantially interfere with any resident or migratory fish, shellfish or wildlife species. | ☐ | ☐ | ☐Yes ☐No |
| • Proposed Action requires the removal of more than 10 acres of mature forest (over 100 years of age) or other locally important vegetation. | ☐ | ☐ | ☐Yes ☐No |

## IMPACT ON AGRICULTURAL LAND RESOURCES

10. Will the Proposed Action affect agricultural land resources?    ☐NO  ☒YES
    Examples that would apply to column 2

|  |  |  |  |
|---|---|---|---|
| • The proposed action would sever, cross or limit access to agricultural land (includes cropland, hayfields, pasture, vineyard, orchard, etc.) | ☐ | ☐ | ☐Yes ☐No |

8

| | 1<br>Small to Moderate Impact | 2<br>Potential Large Impact | 3<br>Can Impact Be Mitigated By Project Change |
|---|---|---|---|
| Construction activity would excavate or compact the soil profile of agricultural land. | ☐ | ☐ | ☐Yes ☐No |
| The proposed action would irreversibly convert more than 10 acres of agricultural land or, if located in an Agricultual District, more than 2.5 acres of agricultural land. | ☒ | ☐ | ☐Yes ☐No |
| The proposed action would disrupt or prevent installation of agricultural land management systems (e.g., subsurface drain lines, outlet ditches, strip cropping); or create a need for such measures (e.g. cause a farm field to drain poorly due to increased runoff) | ☐ | ☐ | ☐Yes ☐No |
| Other impacts: _____ | ☐ | ☐ | ☐Yes ☐No |

### IMPACT ON AESTHETIC RESOURCES
11. Will proposed action affect aesthetic resources?   ☒NO   ☐YES
    (If necessary, use the Visual EAF Addendum in Section 617.21, Appendix B.)
    **Examples that would apply to column 2**

| | | | |
|---|---|---|---|
| Proposed land uses, or project components obviously different from or in sharp contrast to current surrounding land use patterns, whether man-made or natural. | ☐ | ☐ | ☐Yes ☐No |
| Proposed land uses, or project components visible to users of aesthetic resources which will eliminate or significantly reduce their enjoyment of the aesthetic qualities of that resource. | ☐ | ☐ | ☐Yes ☐No |
| Project components that will result in the elimination or significant screening of scenic views known to be important to the area. | ☐ | ☐ | ☐Yes ☐No |
| Other impacts: _____ | ☐ | ☐ | ☐Yes ☐No |

### IMPACT ON HISTORIC AND ARCHAEOLOGICAL RESOURCES
12. Will Proposed Action impact any site or structure of historic, pre-historic or paleontological importance?   ☒NO   ☐YES
    **Examples that would apply to column 2**

| | | | |
|---|---|---|---|
| Proposed Action occurring wholly or partially within or substantially contiguous to any facility or site listed on the State or National Register of historic places. | ☐ | ☐ | ☐Yes ☐No |
| Any impact to an archaeological site or fossil bed located within the project site. | ☐ | ☐ | ☐Yes ☐No |
| Proposed Action will occur in an area designated as sensitive for archaeological sites on the NYS Site Inventory. | ☐ | ☐ | ☐Yes ☐No |
| Other impacts:_____ | ☐ | ☐ | ☐Yes ☐No |

### IMPACT ON OPEN SPACE AND RECREATION
13. Will Proposed Action affect the quantity or quality of existing or future open spaces or recreational opportunities?
    **Examples that would apply to column 2**   ☒NO   ☐YES

| | | | |
|---|---|---|---|
| The permanent foreclosure of a future recreational opportunity. | ☐ | ☐ | ☐Yes ☐No |
| A major reduction of an open space important to the community. | ☐ | ☐ | ☐Yes ☐No |
| Other impacts: _____ | ☐ | ☐ | ☐Yes ☐No |

9

| | 1<br>Small to Moderate Impact | 2<br>Potential Large Impact | 3<br>Can Impact Be Mitigated By Project Change | |
|---|---|---|---|---|

## IMPACT ON TRANSPORTATION

14. Will there be an effect to existing transportation systems?
    ☒NO   ☐YES
    Examples that would apply to column 2

- Alteration of present patterns of movement of people and/or goods. ☐ ☐ ☐Yes ☐No
- Proposed Action will result in major traffic problems. ☐ ☐ ☐Yes ☐No
- Other impacts: _____ ☐ ☐ ☐Yes ☐No

## IMPACT ON ENERGY

15. Will proposed action affect the community's sources of fuel or energy supply?   ☒NO   ☐YES
    Examples that would apply to column 2

- Proposed Action will cause a greater than 5% increase in the use of any form of energy in the municipality. ☐ ☐ ☐Yes ☐No
- Proposed Action will require the creation or extension of an energy transmission or supply system to serve more than 50 single or two family residences or to serve a major commercial or industrial use. ☐ ☐ ☐Yes ☐No
- Other impacts: _____ ☐ ☐ ☐Yes ☐No

## NOISE AND ODOR IMPACTS

16. Will there be objectionable odors, noise, or vibration as a result of the Proposed Action?   ☐NO   ☒YES
    Examples that would apply to column 2

- Blasting within 1,500 feet of a hospital, school or other sensitive facility. ☐ ☐ ☐Yes ☐No
- Odors will occur routinely (more than one hour per day). ☐ ☐ ☐Yes ☐No
- Proposed Action will produce operating noise exceeding the local ambient noise levels for noise outside of structures. ☒ ☐ ☐Yes ☐No
- Proposed Action will remove natural barriers that would act as a noise screen. ☐ ☐ ☐Yes ☐No
- Other impacts: _____ ☐ ☐ ☐Yes ☐No

## IMPACT ON PUBLIC HEALTH

17. Will Proposed Action affect public health and safety?
    ☒NO   ☐YES
    Examples that would apply to column 2

- Proposed Action may cause a risk of explosion or release of hazardous substances (i.e. oil, pesticides, chemicals, radiation, etc.) in the event of accident or upset conditions, or there may be a chronic low level discharge or emission. ☐ ☐ ☐Yes ☐No
- Proposed Action may result in the burial of "hazardous wastes" in any form (i.e. toxic, poisonous, highly reactive, radioactive, irritating, infectious, etc.) ☐ ☐ ☐Yes ☐No
- Storage facilities for one million or more gallons of liquified natural gas or other flammable liquids. ☐ ☐ ☐Yes ☐No
- Proposed action may result in the excavation or other disturbance within 2,000 feet of a site used for the disposal of solid or hazardous waste. ☐ ☐ ☐Yes ☐No
- Other impacts: _____ ☐ ☐ ☐Yes ☐No

**IMPACT ON GROWTH AND CHARACTER
OF COMMUNITY OR NEIGHBORHOOD**

18. Will proposed action affect the character of the existing community?     ☒NO   ☐YES

Examples that would apply to column 2

| | 1<br>Small to<br>Moderate<br>Impact | 2<br>Potential<br>Large<br>Impact | 3<br>Can Impact Be<br>Mitigated By<br>Project Change |
|---|---|---|---|
| The permanent population of the city, town or village in which the project is located is likely to grow by more than 5%. | ☐ | ☐ | ☐Yes  ☐No |
| The municipal budget for capital expenditures or operating services will increase by more than 5% per year as a result of this project. | ☐ | ☐ | ☐Yes  ☐No |
| Proposed action will conflict with officially adopted plans or goals. | ☐ | ☐ | ☐Yes  ☐No |
| Proposed action will cause a change in the density of land use. | ☐ | ☐ | ☐Yes  ☐No |
| Proposed Action will replace or eliminate existing facilities, structures or areas of historic importance to the community. | ☐ | ☐ | ☐Yes  ☐No |
| Development will create a demand for additional community services (e.g. schools, police and fire, etc.) | ☐ | ☐ | ☐Yes  ☐No |
| Proposed Action will set an important precedent for future projects. | ☐ | ☐ | ☐Yes  ☐No |
| Proposed Action will create or eliminate employment. | ☐ | ☐ | ☐Yes  ☐No |
| Other impacts:_____ | ☐ | ☐ | ☐Yes  ☐No |

19. Is there, or is there likely to be, public controversy related to potential adverse environmental impacts?     ☒NO   ☐YES

**If Any Action In Part 2 Is Identified as a Potential Large Impact or
If You Cannot Determine the Magnitude of Impact, Proceed to Part 3**

## Part 3—EVALUATION OF THE IMPORTANCE OF IMPACTS

**Responsibility of Lead Agency**

Part 3 must be prepared if one or more impact(s) is considered to be potentially large, even if the impact(s) may be mitigated.

**Instructions**

Discuss the following for each impact identified in Column 2 of Part 2:

1. Briefly describe the impact.
2. Describe (if applicable) how the impact could be mitigated or reduced to a small to moderate impact by project change(s).
3. Based on the information available, decide if it is reasonable to conclude that this impact is important.

  To answer the question of importance, consider:
  - The probability of the impact occurring
  - The duration of the impact
  - Its irreversibility, including permanently lost resources of value
  - Whether the impact can or will be controlled
  - The regional consequence of the impact
  - Its potential divergence from local needs and goals
  - Whether known objections to the project relate to this impact.

(Continue on attachments)