# Exhibit "Z" to
# Amended Verified Petition



TOWN HALL

# TOWN OF MONTGOMERY
74 MAIN STREET
WALDEN, N.Y. 12586

July 27, 1989

DiNardo, Gilmartin and Burke, P.C.
Attorneys at Law
90 East Main Street (Route 94)
Washingtonville, New York 10992

RE: Mehlon Mine

Dear Mr. DiNardo:

Pursuant to your meeting with our consultants on July 26, 1989, enclosed please find letter from City of New York, Department of Environmental Protection with regard to their concerns about crossing the New York City Aqueduct.

We request that you incorporate this review into your modified SEQRA study, which we previously wrote to you about, and resubmit all documents to us so that we may make a reason determination as to SEQRA.

This will confirm that until all necessary information is received and evaluated pursuant to SEQRA this matter will be on hold and all time periods within which the Planning Board must render a decision are tolled.

We ask you to research all the issues we have previously written to you about, including the nature and extent of required improvements to Kings Hill Road.

If you have any questions or concerns at this time, kindly advise us. We will await your completed SEQRA submissions.

Very truly yours,

William J. Kelly, Jr.
Planning Board Chairman

WJK:ctr
cc: E. Garling
    I. Jennings