# Exhibit "AA" to
## Amended Verified Petition

Case 7:07-cv-10711-KMK    Document 1-32    Filed 11/30/2007    Page 1 of 3

# TOWN OF MONTGOMERY
### 74 MAIN STREET
### WALDEN, N.Y. 12586



*File w/ Mehlon Mine*

December 22, 1989

Mr. Leon Mehl
Mehlon Trucking, Inc.
R.D. #1
Rock Cut Road,
Walden, NY 12586

    RE: Building Permit #2964
         Tax Map Designation: 3-1-96.22

Dear Mr. Mehl:

    Several complaints have been registered with this Department about the work you are performing in the shale bank. With regards to your quarry I have placed a stop order on the quarry site and am placing a violation against your property.

    Please contact this office (778-5228) at your earliest convenience.

                                 Very truly yours,

                                 JAMES J. NIEBUHR
                                 Building Inspector

JJN:ccw
Enclosure

TOWN OF MONTGOMERY
OFFICE OF BUILDING AND ZONING INSPECTOR
74 Main Street, Walden, NY 12586
TELEPHONE: 778-5228

DATED December 22, 1989

NAME  Mehlon Trucking, Inc.

ADDRESS  RD #1 Rock Cut Road, Walden, NY 12586

## NOTICE OF VIOLATION

YOU ARE HEREBY GIVEN NOTICE THAT YOU HAVE VIOLATED THE ZONING LAW OF THE TOWN OF MONTGOMERY.

Zone in which property is located:  RA 1

Tax Map Identification: Section  3   Block  1   Lot  96.22

Violation is of the following section or sections:

60-10 E - 1

Quarry and mining - loading and hauling - and/or processing of sand, gravel, shale or topsoil.

Condition that causes Violation:  1. Operating a quary and mining operatio 2. Loading and hauling of shale. 3. Processing of shale  4. Failure to secure SEU permit from Planning Board  5. Failure to secure SEU permit from D.E.C.

To remedy condition you must do the following:  1. Stop all Quarry operations  2. Stop hauling and loading  3. Secure SEU permit from Town of Montgomery Planning Board  4. Secure permit from D.E.C.

Failure to comply  immediately  of the date of service of this notice will subject you to prosecution as a violator of the Zoning Law.

Building and Zoning Inspector