# Exhibit "GG" to
## Amended Verified Petition

**LAURA ZEISEL**
ATTORNEY & COUNSELOR AT LAW
169 MAIN STREET
POST OFFICE BOX 9
NEW PALTZ, NEW YORK 12561

(914) 255-9299

DONNA MARTIN-JAEGER
SUZANNE SALEND
LEGAL ASSISTANTS

FAX # (914) 255-7734

April 25, 1994

RECEIVED
APR 29 1994
TOWN OF MONTGOMERY
PLANNING BOARD

Mr. William J. Kelly, Jr.
Planning Board Chairman
Town of Montgomery Planning Board
74 Main Street
Walden, New York  12586-1788

Re:  Mehlon Trucking, Inc.

Dear Mr. Kelly:

    As I believe you are aware, the New York State Department of Environmental Conservation has declined to change SEQRA lead agency in the above matter.  My client is most anxious to move this matter forward, and it has been suggested both by DEC and by the Town of Montgomery's attorney, Richard Hoyt, that the best way to do so is to have a meeting with you and/or the entire Planning Board to review the status of the SEQRA process.  My understanding is that, before I became involved in this case, the Board had indicated a number of areas which they felt needed to be addressed by the applicant.  Since that was several years ago, I would like to arrange a meeting to review the status of those requests.

    It is not clear to me if the best way to have such a meeting is to come in on the night of a regular Planning Board Meeting, or to arrange a special meeting.

    I have attempted to reach you by telephone to discuss this matter, to date unsuccessfully.  Therefore, I would appreciate it if you or the Planning Board Secretary would call my office, or otherwise contact me, advising me of your desires as to when such a meeting should occur.

*Copy to Bill, Rich, Ed*

Mr. William J. Kelly, Jr.
Page 2
April 25, 1994

    Thank you for your attention to this matter.

                              Yours very truly,

                              Laura Zeisel

LZ/jjc

cc:  Mehlon Trucking, Inc.
     Richard W. Hoyt, Esq.