# Exhibit "JJ" to
## Amended Verified Petition

# NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
## DIVISION OF MINERAL RESOURCES
## MINED LAND RECLAMATION PROGRAM

# MINING PERMIT APPLICATION

DEC # _____
RECEIVED AUG 17 1998
NYSDEC REGION 3 — NEW PALTZ

| # | Field | Value |
|---|---|---|
| 1. | MINED LAND FILE NUMBER (If assigned) | |
| 2. | TELEPHONE NUMBER | (914) 895-2700 |
| 3. | NAME OF APPLICANT | MEHLON TRUCKING, INC. |
| 4. | PERMANENT ADDRESS | P.O. BOX 519 |
|    | CITY | WALLKILL |
|    | STATE | NY |
|    | ZIP CODE | 12589 |
| 5. | CONTACT PERSON | LEON MEHL, President |
| 6. | TELEPHONE NUMBER | (914) 895-2700 |
| 8. | TAXPAYER ID | 14-1643279 |

### 7. MINED LAND PROJECT

| | Yes | No |
|---|---|---|
| a. Will the total acreage affected by mining for the entire mining site exceed 5 acres? | X | |
| b. Will the vertical depth of the mine face exceed 20 feet? | X | |
| c. Will there be on-site processing of mining products (eg. crushing, screening, washing)? | X | |
| d. Will mining occur within 100 feet of a surface water body (eg. stream, lake) or wetland area? | | X |
| e. Will any consolidated minerals be mined (eg. limestone, trap rock, sandstone)? | | X |
| f. Will mining occur within 500' of any dwelling? | | X |
| g. Will mining ever occur at or below the mean high water table? | | X |

9. APPLICATION TYPE: ☐ New  ☒ Renewal  ☒ Modification

10. a. PRESENT PERMIT TERM — Expiration date __/__/__
    b. COMING PERMIT TERM — ☒ 5 years  ☐ Other ___ years

11. COMMON GEOLOGIC NAME OF MINERAL TO BE MINED: SHALE

12. LOCAL ORDINANCES
    a. Is mining prohibited at this location? ☐ Yes  ☒ No
    b. Does the local government require any type of permit for mining at this location? ☒ Yes  ☐ No

13. a. ARE ANY OTHER STATE MINING PERMITS CURRENTLY HELD BY THE APPLICANT? ☒ Yes  ☐ No
    b. If YES, give DEC mine file number(s). 3083-0875

14. Has any owner, partner, corporate officer or corporate director of your organization ever held any of these positions in another organization that has had a New York State mining permit SUSPENDED OR REVOKED or has had a New York State mined land reclamation bond FORFEITED?  ☐ Yes  ☒ No  If YES, identify the person(s).

### 15. ACREAGE SUMMARY (To be filled in by applicant)

| | | | FOR OFFICIAL DEC USE ONLY |
|---|---|---|---|
| a. | Total acreage controlled by owner at this location | 159.9 acres | ___ acres |
| b. | Total acreage permitted by DEC prior to this application | 4 acres | ___ acres |
| c. | Total acreage affected since April 1, 1975 | 4 acres | ___ acres |
| d. | Total acreage approved by DEC as reclaimed since April 1, 1975 | 0 acres | ___ acres |
| e. | Current affected acreage (c minus d) | 4 acres | ___ acres |
| f. | Acreage included in this application, but not previously approved | 14.1 acres | ___ acres |
| g. | New acreage to be affected during the coming permit term | 14.1 acres | ___ acres |
| h. | Number of acres to be reclaimed during coming permit term | 18.1 acres | ___ acres |

16. NAME OF MINING SITE: KINGS HILL ROAD SHALE MINE

17. MINE LOCATION
    Road: KINGS HILL ROAD
    Nearest Road Intersection: ROCK CUT ROAD
    Town: OF MONTGOMERY
    County: OF ORANGE

18. MAP LOCATION
    a. Quadrangle Name: WALDEN
    b. ☐ 15 minute  ☒ 7½ minute
    NYTM'S  FOR DEC OFFICIAL USE ONLY
    ___ E, 4 ___ N

19. NAME AND ADDRESS OF SURFACE LANDOWNER
    MEHLON TRUCKING, INC.

20. NAME AND ADDRESS OF MINERAL OWNER (If different)

21. I am the owner ☒ in fee, ☐ of the mineral rights of the property that is to be mined by the above applicant. I have read the contents of the Mined Land Use Plan, which sets forth the applicant's mining and reclamation plan for the property to be mined, and I hereby irrevocably consent and agree to the performance of the Mined Land Use Plan by the applicant, his surety or insurer or the NYS Department of Environmental Conservation. I further agree to allow access to the property to department personnel for the purpose of conducting inspections or investigations in the regular course of their duties.

SIGNATURE OF OWNER: /s/ Leon Mehl
DATE: 8/14/98

22. I hereby affirm, under penalty of perjury that information provided on this form is true to the best of my knowledge and belief. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

NAME, TITLE AND SIGNATURE OF APPLICANT OR AUTHORIZED REPRESENTATIVE: /s/ Leon Mehl
DATE: 8/14/98

MINERAL PROGRAM—REGIONAL OFFICE



## LOCATION MAP
APPROX. SCALE: 1" = 2000'

### NOTES:
1. APPLICANT/OWNER: LEON & DIXIE MEHL
   C/O MEHLON TRUCKING, INC.
   P.O. BOX 519
   WALLKILL, NY 12589
2. TOTAL AREA: 159.9 ACRES
3. BOUNDARY SURVEY BY WEHRAN ENGINEERS 1/88
4. TOPOGRAPHICAL DATA BY WEHRAN ENGINEERS & U.S.G.S. WALDEN QUAD.

F
AN
3-3-29.1

ZI
1-3-30