# Exhibit "NN" to
# Amended Verified Petition

*Local Law Filing*  New York State Department of State
41 State Road, Albany, NY 12231

(Use this form to file a local law with the Secretary of State.)

Text of law should be given as amended. Do not include matter being eliminated and do not use italics or underlining to indicate new matter.

**Town of Newburgh**

**Local Law No. 4 of the year 2001.**

A local law amending Chapter 174 "Vehicles & Traffic" of the Code of the Town of Newburgh.

Be it enacted by the **TOWN BOARD** of the **TOWN OF NEWBURGH** as follows:

SEE ATTACHED

(If additional space is needed, attach pages the same size as this sheet, and number each.)

LOCAL LAW # 4 OF 2001
Amending Chapter 174, Vehicles & Traffic
of the Code of the Town of Newburgh

## SECTION 1.

Section 174-14 of the Code of the Town of Newburgh entitled "Vehicles & Traffic"; to amend Section 174-44 Schedule XI removing the weight limit of three (3) tons on King Hills Road from Rock Cut Road to the Montgomery Town line.

## SECTION 2.   SEVERABILITY:

If any clause, sentence, paragraph, word, section or part of this Local Law shall be judged by any court of competent jurisdiction to be unconstitutional, illegal or invalid, such judgment shall not effect, impair or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, word, section of part thereof directly involved in the controversy in which such judgment shall have been rendered.

## SECTION 3.

This Local Law shall take effect immediately upon filing in the Office of the Secretary of the State of New York.

RJD/bpc/111871
00800-47688

(Complete the certification in the paragraph that applies to the filing of this local law and strike out that which is not applicable.)

1. (Final Adoption by local legislative body only.)

I hereby certify that the local law annexed hereto, designated as local law No. 4 of 2001 of the Town of Newburgh was duly passed by the Town Board on June 13, 2001, in accordance with the applicable provisions of law.

I further certify that I have compared the preceding local law with the original on file in this office and that the same is a correct transcript therefrom and of the whole of such original local law, and was finally adopted in the manner indicated in paragraph 1 above.



Wayne C. Booth, Town Clerk
Town of Newburgh

Date:   June 13, 2001

(Certification to be executed by County Attorney, Corporation Counsel, Town Attorney, Village Attorney or other authorized attorney of locality.)

STATE OF NEW YORK
                    §
COUNTY OF ORANGE

I, the undersigned, hereby certify that the foregoing local law contains the correct text and that all proper proceedings have been had or taken for the enactment of the local law annexed hereto.

Richard J. Drake

Attorney for the Town
Title

Town of Newburgh

Date:  June 13, 2001

- 2 -

At a meeting of the Town Board of the Town of Newburgh, Orange County, New York, held at the Town Hall, 1496 Route 300, Newburgh, New York on the 16th day of May, 2001 at 4:30 P.M., Prevailing Time.

**PRESENT:**

George P. Bucci, Jr., Supervisor

Nancy Wassi LaColla, Councilwoman

Robert J. Petrillo, Councilman

Ralph A. Pizzo, Councilman

George A. Woolsey Sr., Councilman

**RESOLUTION ESTABLISHING PUBLIC HEARING - LOCAL LAW # 4 OF 2001 AMENDING CHAPTER 174, "VEHICLES & TRAFFIC" OF THE CODE OF THE TOWN OF NEWBURGH**

Mr. Petrillo made the following motion, which was seconded by Mrs. LaColla.

**WHEREAS**, the Town Board of the Town of Newburgh has determined to hold a public hearing to consider the adoption of Local Law # 4 of 2001, Section 174-14 of the Code of the Town of Newburgh entitled "Vehicles & Traffic"; to amend Section 174-44 Schedule XI removing the weight limit of three (3) tons on King Hills Road from Rock Cut Road to the Montgomery Town line.

**NOW, THEREFORE, BE IT RESOLVED**, as follows:

1. The Town Board of the Town of Newburgh does hereby direct a public hearing to be held on June 4, 2001 at 7:00 P.M. at the Town Hall, 1496 Route 300, Newburgh, New York for the purpose of reviewing Local Law # 4 of 2001, Section 174-14 of the Code of the Town of Newburgh entitled "Vehicles & Traffic"; to amend Section 174-44 Schedule XI

Audit Meeting / Work Session            June 13, 2001            Pg

>  Mr. Bucci: The Board will be taking care of making sure the Bond is filed.

5. **McEvilly Litagation –**
   **Town Board Authorization for Supervisor to Settle**

   Mrs. LaColla made a motion, seconded by Mr. Petrillo to give the Supervisor the authority to sign the settlement of Schumar and McEvilly litagation, arbitration and mediation under the recommendation of our attorney. Roll Call: Mrs. LaColla - aye; Mr. Petrillo - aye; Mr. Pizzo - aye; Mr. Woolsey - aye; Mr. Bucci - aye. Motion was passed 5-0.

6. **Sewer / Water Supply - Request to Purchase Drum Handler**

   Mr. Woolsey made a motion, seconded by Mrs. LaColla to approve the request to purchase the Drum Runner 4500P drum carrier for use at the Delaware Supply for moving and lifting the 55- gallon drums of Sodium Hydroxide that we will be using once construction is completed. Although the Drum Runner is not the least expensive carrier available, it significantly more lifting capacity than the less expensive models and utilizes a hydraulic cylinder for lifting making the lifting easier. The cost of the Drum Runner 4500P is $1,295.00 plus freight. Roll Call: Mrs. LaColla - aye; Mr. Petrillo - aye; Mr. Pizzo - aye; Mr. Woolsey - aye; Mr. Bucci - aye. Motion was passed 5-0.

7. **Greenshire Way    /    Squire Ridge Road - Road Waiver**

   Mr. Woolsey made a motion, seconded by Mr. Pizzo to table this road waiver until the next Audit Meeting June 25, 2001 at 9:00 A.M. for further discussion. Roll Call: Mrs. LaColla - aye; Mr. Petrillo - aye; Mr. Pizzo - aye; Mr. Woolsey - aye; Mr. Bucci - aye. Motion was passed 5-0.

8. **Request From 4-H Club - Request to Use Meeting Room**

Mrs. LaColla made a motion, seconded by Mr. Pizzo to adopt Local Law #4 2001, remove the weight restriction from Kings Hill Road based upon the Town Attorney receiving a letter of credit from Leon Melon Trucking in the amount of $12,000.00 for the maintenance of the road This was based on the recommendation made by the Town Engineer, Jim Osborne  Roll Call: Mrs. LaColla - aye; Mr. Petrillo -aye; Mr. Pizzo - aye; Mr. Woolsey - aye;  Mr. Bucci - aye. Motion was passed 5-0.

16.     **Stop Signs -D'Alfonso Road and Scenic Drive**

Mr. Pizzo: Some of the homeowners seem to think that they were promised two stop signs The people that I talked to were wondering , what happened to the stop signs? I said , I would bring it to a work shop..

Mr. Bucci: The Board had approved stop signs. I don't know if they were ever installed.

Mr. Benedict: I discussed this with you George, about were they wanted the signs. The sign on D'Alfonso Rd. would have to be erected fifteen feet high. The crest of the road makes it very hard to see the sign. During the winter months, the hill would be a problem with a three way stop. Mr. Bucci and Mr. Benedict were going to check the area once again and we may have to consider moving it to the next block down.
I just asked Mr. Booth to give me an update on what was approved and what was put up. The beginning of this year I might have missed a few but their are some that are suppose to be put up on Old Little Britain Rd. and Williams Ave.

Mrs. LaColla: The problem was at Scenic, when a person is trying to make a left hand turn. There has to be some kind of stop sign that we approved. I would like to see something done.

Mr. Bucci to Mr. Benedict: So you feel that the one that was approved isn't a good spot for a sign?

Mr. Benedict: That's a blind spot and in the winter it's going to create problems.