# Exhibit "QQ" to Amended Verified Petition

# TOWN OF MONTGOMERY

110 BRACKEN ROAD
MONTGOMERY, NEW YORK 12549-2627



FAX (845) 457-2603

Building  (845) 457-2640
Planning  (845) 457-2643
Zoning    (845) 457-2644

September 7, 2001

Werner & Saffiotti
5031 Route 9W
Newburgh, New York 12550

Attn: Joseph Saffiotti, Esquire

RE: Mehlon w/Town of Montgomery

Dear Mr. Saffiotti:

At its regularly scheduled Planning Board meeting of August 27, 2001, the Planning Board duly resolved to allow the DEC to be Lead Agency for the Environmental Review for the Mehlon Mine application.

The Board asks that you keep the Planning Board apprised of the status of this application as you undergo your review and that you refer it back to the Planning Board upon completion of your review.

Very truly yours,

Anthony E. Trapini
Planning Board Chairman

AET:ctr
Cc: R. Hoyt, Esq.