# APPENDIX #1

By _TCG_ _____ _____    **WE** WEHRAN ENG _____    Job No. _075 34 CD_

Chkd. by _____ Date _____    Engineers & Scientists    Sheet No. _1_ of _4_

Subject _VOLUME CALCULATIONS_ _____

PURPOSE :  TO DETERMINE ① VOLUME OF MATERIAL
AVAILABLE ② LIFE-OF-MINE ③ PHASE
VOLUMES

A. DESIRED LEVEL OF ACTIVITY — FROM L. MEHL

    1.  20 - 14 CY TRUCKS PER DAY  ⇒  280 CY/D

    2.  280 CY/D X 6 DAYS X 50 WEEKS/YR ⇒ 84,000 CY/
                              ⤷ INTRUCK

    3. FROM EXCAVATION HANDBOOK, H.K. CHURCH, McGRAW
           1981

        SHALE SWELL FACTOR = 1.5

        ∴ 84000 CY INTRUCK = 56,000 CY INPLACE

B. LIFE-OF-MINE

    1. FROM SHEET 2 , TOTAL CUT = 824,369 CY INPL

      $$\frac{824,369 \ CY}{56000 \ CY/YR} = 14.7 \ YEARS$$

      ∴ 15 YR  LIFE-OF-MINE

C. PHASING :

    1. 15 YEARS = 5 - 3 YR (TRIENNIAL) PERMIT
                        PERIODS

    2.  $\frac{824,369 \ CY \ INPLACE}{5 \ phase}$ = 164,874 CY INPLA
                                  PER PHASE

    3.  PHASE I MUST RECLAIM EXISTING MINE
        AREA. SEE SHEET 3

        175,777 CY (CUT) - 4,556 CY (FILL) =

           171,221 CY NET CUT INPLACE

# VOLUME CALCULATION

SHEET NO. 2 OF 4
BY PC / checked ECG

**WE** WEHRAN ENGINEERING
CONSULTING ENGINEERS

FINAL GRADING

| SECTION CONTOUR | RDG. IN² | AREA FT²/IN² 10,000 | AVERAGES | DISTANCE SPACING | VOLUME CF | CY |
|---|---|---|---|---|---|---|
| 680 | 0 | | | | | |
| | | | 178,500 | 10 | 1,785,000 | 66,111 |
| 690 | 35.70 | 357,000 | | | | |
| | | | 343,600 | 10 | 3,436,000 | 127,250 |
| 700 | 33.02 | 330,200 | | | | |
| | | | 303,350 | 10 | 3,033,500 | 112,352 |
| 710 | 27.65 | 276,500 | | | | |
| | | | 246,750 | 10 | 2,467,500 | 91,389 |
| 720 | 21.70 | 217,000 | | | | |
| | | | 208,500 | 10 | 2,085,000 | 77,222 |
| 730 | 20.00 | 200,000 | | | | |
| | | | 197,500 | 10 | 1,975,000 | 73,148 |
| 740 | 19.50 | 195,000 | | | | |
| | | | 189,500 | 10 | 1,895,000 | 70,185 |
| 750 | 18.40 | 184,000 | | | | |
| | | | 177,750 | 10 | 1,777,500 | 65,83 |
| 760 | 17.15 | 171,500 | | | | |
| | | | 152,750 | 10 | 1,527,500 | 56,574 |
| 770 | 13.40 | 134,000 | | | | |
| | | | 117,000 | 10 | 1,170,000 | 43,333 |
| 780 | 10.00 | 100,000 | | | | |
| | | | 73,250 | 10 | 732,500 | 27,130 |
| 790 | 4.65 | 46,500 | | | | |
| | | | 30,300 | 10 | 303,000 | 11,22 |
| 800 | 1.41 | 14,100 | | | | |
| | | | 7,050 | 10 | 70,500 | 2,611 |
| 810 | 0 | 0 | | | | |
| | | | | | TOTAL | 824,36 |

# VOLUME CALCULATION

**WE** WEHRAN ENGINEERING
CONSULTING ENGINEERS

PHASE I  INC. RECLAM. EXIST. MINE

| SECTION | RDG. $IN^2$ | × AREA $\frac{FT^2}{IN^2}$ | = AVERAGES | × DISTANCE SPACING | = VOLUME CF | CY |
|---|---|---|---|---|---|---|
| 690 | 0 | 0 | | | | |
| | | | 71,850 | 10 | 718,500 | 26,6 |
| 700 | 14.37 | 143700 | | | | |
| | | | 129,850 | 10 | 1,298,500 | 48,0 |
| 710 | 11.60 | 116,000 | | | | |
| | | | 89,250 | 10 | 892,500 | 33,0 |
| 720 | 6.25 | 62,500 | | | | |
| | | | 53,950 | 10 | 539,500 | 19,98 |
| 730 | 4.54 | 45,400 | | | | |
| | | | 43,200 | 10 | 432,000 | 16,00 |
| 740 | 4.10 | 41,000 | | | | |
| | | | 37,200 | 10 | 372,000 | 13,7 |
| 750 | 3.34 | 33,400 | | | | |
| | | | 28,250 | 10 | 282,530 | 10,4 |
| 760 | 2.31 | 23,100 | | | | |
| | | | 16,300 | 10 | 163,000 | 6,0 |
| 770 | .95 | 9,500 | | | | |
| | | | 4,750 | 10 | 47,500 | 1,7 |
| 0 | 0 | 0 | | | | |
| | | | | | | |
| | | | | TOTAL CUT (CY) = | 175, | |
| 700 | 0 | 0 | | | | |
| | | | 650 | 10 | 6,500 | 2 |
| 710 | .13 | 1300 | | | | |
| | | | 4400 | 10 | 44,000 | 16 |
| 720 | .75 | 7500 | | | | |
| | | | 5500 | 10 | 55,000 | 20 |
| 730 | .35 | 3500 | | | | |
| | | | 1750 | 10 | 17,500 | 6 |
| 740 | 0 | 0 | | | | |
| | | | | | | |
| | | | | TOTAL FILL (CY) = | 455 | |

By _____ e _____    WEHRAN ENGINEERING    Job No. _____
Chkd. by _____ Date _____    WE Engineers & Scientists    Sheet No. 4 of 4
Subject _____

PURPOSE: TO ESTABLISH 5 - 3YR Phases MAINTAINING
PHASE 1 FOR OLD MINE RECLAMATION

| CONTOUR | 15YR | - PHASE 1 | REMAINDER | BREAK |
|---|---|---|---|---|
| 0 | | | | |
| 690 | 66,111 | 0 | 66,111 | |
| 700 | 127,259 | 26,611 | 100,648 ✓ | 700 |
| 710 | 112,352 | 48,092 | 64,233 | |
| 720 | 91,389 | 33,056 | 58,333 ✓ | |
| 730 | 77,222 | 19,981 | 57,241 ✓ | 733 |
| 740 | 73,148 | 16,000 | 57,148 ✓ | |
| 750 | 70,185 | 13,778 | 56,407 ✓ | |
| 760 | 65,833 | 10,463 | 55,370 ✓ | 755 |
| 770 | 56,574 | 6,037 | 50537 ✓ | |
| 780 | 43,333 | 1,759 | 41574 ✓ | |
| 790 | 27,130 | 0 | 27130 | |
| 800 | 11,222 | 0 | 11,222 | |
| 810 | 2,611 | 0 | 2,611 | |

TOTALS  824369    175.777    648,592

648,592 ÷ 4 REMAINING PHASES ⟹ 162,148 /ph

# APPENDIX #2

| By FCG    Date 3-88 | WE WEHRAN ENGINEERING<br>Engineers & Scientists | Job No. 07534 |
|---|---|---|
| Chkd. by _____ Date _____ | | Sheet No. 1 of 2 |
| Subject HAULAGEWAY CULVERT SIZING | | |

METHOD: RATIONAL    $Q = C I A$

SOURCES: (1) "TIME OF CONCENTRATION of SMALL DRAINAGE BASINS" p 36
Kirpich, Civil Engineering, Vol 10, No 6, June 1940.

(2) "RAINFALL INTENSITY CHARTS" BINGHAMPTON, NY

(3) HYDRAULIC CHARTS FOR THE SELECTION OF HIGHWAY
CULVERTS, Bureau of Public Roads, Hydraulic Engineering
Circular No 5, 1965.

(4) DESIGN CHARTS FOR OPEN CHANNEL FLOW, Federal
Highway Administration, Hydraulic Design Series No
1973 ?

(5) ARCHITECTURAL STANDARDS

Assumed C values:

| | |
|---|---|
| WOODED | 0.15 |
| RESIDENTIAL | 0.35 |
| BRUSH | 0.35 |
| PAVEMENT | 0.95 |

STORM FREQUENCY : 25 YR

12

2-2     1A1



Site

A

B

C

D

E

Kings Hill Rd.

By _G-2-83_ Date _4-8_  **WE** WEHRAN ENGINEERING   **2-3** Job No. _07534_
Chkd. by _VW_ Date _4-8-83_   Engineers & Scientists   Sheet No. _2_ of _1_
Subject _FEEF CALCULATIONS_

$$1\ IN^2 = 250,000\ SF$$

| AREA | READINGS IN² | | SF | ACRE |
|------|------|------|------|------|
| A | .082 .082 | > .082 | 20,500 | .47 |
| B | .287 .302 .272 | > .287 | 71,750 | 1.65 |
| C | .157 .152 .152 | > .152 | 38,000 | .8 |
| D | .055 .057 | > .056 | 14,000 | .32 |
| E | .362 .355 .360 | > .359 | 89,750 | 2.0 |

By HG    Date 3-88    WW WEHRAN ENGINEERING    Job No. 07534
Chkd. by    Date    Engineers & Scientists    Sheet No. 3 of 13
Subject    CULVERT

2-4

## AREA A

$A = .47$ Ac    dense Brush

$C = .35$

I:    $H = 700 - 680 = 20$    $L = 300'$    $T_c = Z \times Z = 4 \, min$

$I = 7.0$

$Q = (.35)(7.0)(.47) = 1.15 \, cfs$

12"CMP. 30' @ 10%    AREA A    USE 12"M
CMP

## AREA B

$A = 1.65$

$C = \dfrac{(.33)(.35) + (.67)(.15)}{1} = 0.22$

I:    $H = 680 - 635 = 45$    $L = 550'$    $T_c = 3.6 \times 2 = 7.2 \, min$

$I = 6.3$

$Q = (.22)(6.3)(1.65) = 2.3 \, cfs$

31'-15"CMP @ 1.0%    AREA B    USE 15"
CMP
MITE

## AREA C

$A = .32$

$C = .15$

I:    $H = 640 - 625 = 35$    $L = 280$    $T_c = 1.5 \times 2 = 3 \, min$

$I = 7.0$

$Q = (.15)(.32)(7.0) = .34 \, cfs$    from Area A use 12"CM
MITERE

2-5    4/1.

# HYDROLOGIC AND CHANNEL INFORMATION

PROJECT: D1534

DESIGNER: FCG

DATE: 6-2-88

$q_1 = 1.5$

$q_2 =$

$Q_1 =$

$Q_2 =$

$TW_1 =$

$TW_2 =$

( $q_1$ = DESIGN DISCHARGE, SAY $Q_{25}$
$q_2$ = CHECK DISCHARGE, SAY $Q_{50}$ OR $Q_{100}$ )

## SKETCH

STATION: A

EL. ____

AHW = 1'

1:1

$S_0 = \underline{\quad}$

$L = 30$

EL. ____

EL. ____

TW

MEAN STREAM VELOCITY =
MAX. STREAM VELOCITY =

## HEADWATER COMPUTATION

| CULVERT DESCRIPTION (ENTRANCE TYPE) | Q | SIZE | INLET CONT. $\frac{HW}{D}$ | HW | OUTLET CONTROL | | | | | | $HW = H + h_0 - LS_0$ | | CONTROLLING HW | OUTLET VELOCITY | COST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $K_e$ | H | $d_c$ | $\frac{d_c+D}{2}$ | TW | $h_0$ | $LS_0$ | HW | | | | |
| MITERED | 1.5 | 12" | .04 | 1.04 | .17 | | N/A | | | | 3 | 3 | | 2.5 | | JW 6/20/88 |

SUMMARY & RECOMMENDATIONS:

5-18

Figure 7

2-6    5/13

DESIGNER: FCG
DATE: 6-2-88

## SKETCH

STATION: B=9480



AHW = 1.75

$S_0 = \frac{1}{2}$

$L = 24'$

MEAN STREAM VELOCITY =
MAX. STREAM VELOCITY =

PROJECT: 07534

## HYDROLOGIC AND CHANNEL INFORMATION

$q_1 = 23$          $TW_1 =$
$q_2 =$              $TW_2 =$

( $q_1$ = DESIGN DISCHARGE , SAY $q_{25}$
$q_2$ = CHECK DISCHARGE , SAY $q_{50}$ OR $q_{100}$ )

| CULVERT DESCRIPTION (ENTRANCE TYPE) | q | SIZE | INLET CONT. | | OUTLET CONTROL | | | | | | HEADWATER COMPUTATION | | | | | CONTROLLING HW | OUTLET VELOCITY | COST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $\frac{HW}{D}$ | HW | $K_e$ | H | $d_c$ | $\frac{d_c+D}{2}$ | TW | $h_0$ | $HW=H+h_0-LS_0$ | | | | | | | | |
| | | | | | | | | | | | $-LS_0$ | HW | | | | | | | |
| WATERED | 23 | 15 | .71 | .89 | NA | | | | | | | | | | | ③ | | |

SUMMARY & RECOMMENDATIONS:

Figure 7

| By | Date | | WEHRAN ENG___ ___'S | Job No. | U1534 |
|---|---|---|---|---|---|
| Chkd. by | Date | | Engineers & Scientists | Sheet No. | 6 of 12 |
| Subject | CULVERT SIZING | | | | |

AREA D  (combined  E+D  - grade road and ditch)

A- 2.06 + .32  =  2.38

C =  .25(.35) + .70(0.15) + .05(.95)  = .24

$I$: # = 635 - 597 = 38    L = 750    $T_c$ = 5'

$I$ = 7.0

$$Q = (.24)(7.0)(2.38) = 4 \text{ cfs} \checkmark$$



HYDROLOGIC AND CHANNEL INFORMATION

PROJECT: 01534

DESIGNER: FG

DATE: 6-2-88

SKETCH

STATION: D 0+30

See sheet 5 of plan

$Q_1 = 4$     $TW_1 =$
$Q_2 =$     $TW_2 =$

( $Q_1$ = DESIGN DISCHARGE , SAY $Q_{25}$ )
( $Q_2$ = CHECK DISCHARGE , SAY $Q_{50}$ OR $Q_{100}$ )

AHW= 2'

$S_0 = 4.27$
$L = 75$

MEAN STREAM VELOCITY =
MAX. STREAM VELOCITY =

| CULVERT DESCRIPTION (ENTRANCE TYPE) | Q | SIZE | INLET CONT. | | OUTLET CONTROL | | | | | | | HEADWATER COMPUTATION | | | CONTROLLING HW | | COST | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $\frac{HW}{D}$ | HW | $K_e$ | H | $d_c$ | $\frac{d_c+D}{2}$ | TW | $h_0$ | $LS_0$ | HW=H+$h_0$−$LS_0$ | HW | TW | HW | OUTLET VELOCITY | | |
| MITER | 4 | 18 | .74 | 1.11 | N/A | | | | | | | | | | | 50 | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

SUMMARY & RECOMMENDATIONS:

Figure 7

5-18

TIME OF CONCENTRATION OF
SMALL DRAINAGE BASINS    2-9    8/13



EXAMPLE:

Height = 100 Ft.
Length = 3,000 Ft.
Time of concentration = 14 Min.

Note:  1) Use nomograph Tc for natural basins with well defined channels,
          for overland flow on bare earth, and for mowed grass roadside channels.

        2) For overland flow, grassed surfaces, multiply Tc by 2.

        3) for overland flow, concrete or asphalt surfaces, multiply Tc by 0.4.

        4) For concrete channels, multiply Tc by 0.2.

Reference: Based on study by P.Z.Kirpich, Civil Engineering,
           Vol. 10, No. 6. June 1940. p. 362.

2-10



BINGHAMTON, NEW YORK
1903—1954

— NOTE —
FREQUENCY ANALYSIS BY METHOD OF
EXTREME VALUES, AFTER GUMBEL

~ 11.3    25 YR STORM

30

CHART 5



EXAMPLE

D = 36 inches (3.0 feet)
Q = 66 cfs

| | HW*/D | HW (feet) |
|---|---|---|
| (1) | 1.8 | 5.4 |
| (2) | 2.1 | 6.3 |
| (3) | 2.2 | 6.6 |

*D in feet

HEADWATER DEPTH FOR
C. M. PIPE CULVERTS
WITH INLET CONTROL

BUREAU OF PUBLIC ROADS JAN. 1963

5-25

2-12

11/13



PIPE FLOW CHART
12-INCH DIAMETER

48

2-13

12/13



PIPE FLOW CHART
15-INCH DIAMETER

49



PIPE FLOW CHART
18-INCH DIAMETER

# APPENDIX #3

Drainage Report
For
Mehlon Trucking, Inc.
Kings Hill Road Shale Mine
Town of Montgomery,Orange County, New York

Prepared By:
Darren C. Doce, PE
13 New Road, Newburgh, NY 12550
Date: March 12, 2003

## Introduction

The project consists of a 17.3-acre shale mine located on a 159.9-acre parcel on the north side of Kings Hill Road in the Town of Montgomery, Orange County, New York. The project site contains woodlands, brushland and an existing shale mine. Approximately 60% of the site is vegetated with deciduous forest, brush and shrubs. The remaining 40 % is devoid of vegetation. Soils at the project site consist of Bath-Nassau shaly silt loam and Rock outcrop-Nassau complex shaly silt loam.

The site will be developed as a shale mine in five phases. This will limit the amount of disturbed area at any one time. As mining progresses through the phases, the previous phase will be reclaimed. During the Phase II, approximately 11 acres of previously vegetated land will be exposed shale. This was determined to be the greatest area exposed at any one time.

The purpose of this report is to analyze the effects development would have on storm water runoff flow rates. A detention basin will be designed to collect and manage storm water runoff from this project during the mining activity. After mining is complete the area will be reclaimed and the detention basin eliminated. Erosion and sediment control measure will be designed to lessen impacts on the site due to the mining activity.

## Existing Conditions

At present the parcel is 60% vegetated and 40% exposed shale and soil. The project site is located on the easterly property line of the overall parcel along the crest of a ridge. Runoff to the east of the site flows in an easterly direction away from the project area. Runoff from the project area flows overland in a westerly direction through the remainder of the parcel and is eventually discharged onto adjacent lands to the west. A small portion (0.75 acres) of the overall parcel north of the project drains toward the 17.3-acre mine site. Runoff from this area will be diverted away from the mine. Runoff from the remainder of the 159.9 acre parcel flows in a westerly direction and will not enter the project area.

## Proposed Conditions

After development, the site will be reclaimed and revegetated. The parcel will be graded to its approximate existing slopes so that runoff continues to flow overland in a westerly direction. Runoff flow rates and drainage patterns will not be significantly altered. During the mining activity, at any one time, approximately 11 acres of previously vegetated land will be exposed. Runoff flow rates will be increased as a result of this area being exposed. There is an existing detention basin located in the southerly section of the mine site. This basin will be slightly modified to detain the increase in runoff flow rates due to development and release them at pre-development flow rates. During reclamation of the entire site this area win also be reclaimed. The detention basin was designed to accommodate runoff associated with the 10-year storm events. The

outlet from the basin will be a 21-inch HDPE culvert.  There will be a level spreader constructed at the outlet of the culvert to return the concentrated flows to sheet flows.

**Runoff Flow Rates**

The pre- and post- development runoff flow rates from the site before reclamation were calculated and are shown below.  The pre-development runoff flow rate was calculated assuming the catchment area was woodland.  Phase II was determined to be the phase which resulted in the greatest increase in runoff flow rate.  The post-development flow rate is the rate from Phase II routed through the detention basin.

| Storm Event | Pre-development Runoff Flow Rate | Post-development Runoff Flow Rate ("Worst Case Phase II") |
|---|---|---|
| 10yr. | 20.1 cfs | 18.7 cfs |

**Erosion and Sediment Control**

Prior to developing the mine, diversion swales will be placed upstream of the phase actively being mined.  These swales will divert storm water away from the disturbed areas to level spreaders.  The level spreaders will convert the concentrated runoff from the swales to sheet flow and release the runoff over a stable area.  The diversion swales for each phase will remain in place until final reclamation to lessen overland flow distances and direct runoff to sediment trapping devices.   A stone sediment trap will precede each level spreader to remove any sediment in the runoff.

Prior to site disturbance, silt fences will be placed downslope of disturbed areas. The silt fences will reduce runoff velocity and remove sediment from the runoff before it exits the project site.  Silt fences will be placed at the toe of slopes of reclaimed areas prior to final grading and seeding.  Silt fences will also be placed around the perimeter of all stockpiles.

The erosion and sediment control measure will remain in place until the areas are stabilized and vegetation is established.  All measures will be inspected following each runoff producing rainfall and at least once a week.  Any repairs will be made immediately.

**Conclusion**

As a result of the procedures outlined above, storm water runoff and erosion will be managed during the site's development.   Therefore, there will be no adverse downstream impacts on properties or structures due to the development and reclamation of the mine site.

3-4

Calculations to size detention basin:
Design Storm: 10 year
Soils: Bath-Nassau shaly silt loams (BnB) and Rock outcrop-Nassau complex (RSD)
Hydrologic Soil Group: C
Land Cover Description: Pre-development - woods
                           Post-development – shale and reclaimed seeded areas

| Phase | Area (acres) | Area Contributing Runoff to Detention Basin (acres) | Exposed Shale Area During Phase (acres) |
|-------|--------------|-----------------------------------------------------|------------------------------------------|
| I | 9.5 | 9.5 | 9.5 |
| II | 2.3 | 12.3 | 10.7 |
| III | 1.8 | 12.3 | 10.7 |
| IV | 1.8 | 10.9 | 9.8 |
| V | 9.8 | 8.6 | 8.6 |
| Total Site | 17.3 | NA | NA |

Pre-development runoff flow rate: 20.05 cfs
Post development runoff flow rate: 50.73 cfs
(Phase II worst case scenario)
Post-development runoff flow: 18.69 cfs
(routed through detention basin)

3-5

Data for MEHLON TRUCKING DETENTION
              TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

SUBCATCHMENT              MEHLON PRE-DEVELOPMENT

PEAK= 20.05 CFS @ 12.23 HRS,  VOLUME=  1.95 AF

| ACRES | CN |       |
|-------|-----|-------|
| 9.50  | 73  | WOODS |

SCS TR-20 METHOD
TYPE III 24-HOUR
RAINFALL= 5.5 IN
SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | | | Tc (min) |
|--------|---------|--|--|----------|
| TR-55 SHEET FLOW | AB | | | 16.3 |
| Woods: Light underbrush   n=.4   L=150′   P2=3.5 in   s=.08 ′/′ | | | | |
| SHALLOW CONCENTRATED/UPLAND FLOW | BC | | | 3.2 |
| Unpaved   Kv=16.1345   L=980′   s=.1 ′/′   V=5.1 fps | | | | |

Total Length= 1130 ft     Total Tc= 19.5

### SUBCATCHMENT 1 RUNOFF PEAK= 20.05 CFS @ 12.23 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | .28 | .32 | .36 | .40 | .45 | .51 | .57 | .63 | .70 | .77 |
| 11.00 | .84 | .93 | 1.04 | 1.19 | 1.37 | 1.59 | 1.90 | 2.58 | 3.89 | 5.83 |
| 12.00 | 9.13 | 15.30 | 19.78 | 18.75 | 15.47 | 12.32 | 9.34 | 6.93 | 5.39 | 4.48 |
| 13.00 | 3.87 | 3.41 | 3.08 | 2.87 | 2.72 | 2.61 | 2.52 | 2.43 | 2.34 | 2.25 |
| 14.00 | 2.16 | 2.08 | 2.00 | 1.94 | 1.89 | 1.84 | 1.80 | 1.75 | 1.71 | 1.67 |
| 15.00 | 1.62 | 1.58 | 1.54 | 1.49 | 1.45 | 1.40 | 1.36 | 1.31 | 1.27 | 1.22 |
| 16.00 | 1.18 | 1.13 | 1.10 | 1.06 | 1.04 | 1.02 | 1.00 | .98 | .96 | .94 |
| 17.00 | .92 | .90 | .88 | .86 | .84 | .82 | .80 | .78 | .76 | .74 |
| 18.00 | .72 | .70 | .68 | .67 | .66 | .65 | .65 | .64 | .63 | .63 |
| 19.00 | .62 | .62 | .61 | .60 | .60 | .59 | .59 | .58 | .57 | .57 |
| 20.00 | .56 | | | | | | | | | |

3-6

Data for MEHLON TRUCKING DETENTION
        TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

SUBCATCHMENT                    MEHLON PHASE II POST-DEV  WITHOUT DETENTION BASE

PEAK= 50.73 CFS @ 12.03 HRS,  VOLUME=  3.60 AF          USED AS WORST CASE
                                                        SCENARIO

| ACRES | CN | | |
|-------|----|---|---|
| 10.70 | 88 | SHALE/DIRT | |
| 1.60 | 74 | RECLAIMED SEEDED | |
| 12.30 | 86 | | |

SCS TR-20 METHOD
TYPE III 24-HOUR
RAINFALL= 5.5 IN
SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | ab | .5 |
| Smooth surfaces   n=.011   L=125'   P2=3.5 in   s=.25 '/' | | |
| SHALLOW CONCENTRATED/UPLAND FLOW | BC | 5.1 |
| Paved   Kv=20.3282   L=1400'   s=.05 '/'   V=4.55 fps | | |

Total Length= 1525 ft    Total Tc=    5.6

### SUBCATCHMENT 2 RUNOFF PEAK= 50.73 CFS @ 12.03 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | 1.70 | 1.81 | 1.93 | 2.06 | 2.20 | 2.34 | 2.48 | 2.62 | 2.77 | 2.93 |
| 11.00 | 3.10 | 3.44 | 3.90 | 4.39 | 4.90 | 5.65 | 8.57 | 13.08 | 18.09 | 25.52 |
| 12.00 | 49.63 | 42.22 | 26.09 | 19.87 | 14.59 | 9.54 | 7.14 | 6.42 | 5.86 | 5.30 |
| 13.00 | 4.76 | 4.46 | 4.30 | 4.15 | 4.01 | 3.86 | 3.72 | 3.57 | 3.42 | 3.28 |
| 14.00 | 3.13 | 3.03 | 2.96 | 2.89 | 2.82 | 2.75 | 2.68 | 2.61 | 2.54 | 2.47 |
| 15.00 | 2.40 | 2.32 | 2.25 | 2.18 | 2.11 | 2.04 | 1.97 | 1.89 | 1.82 | 1.75 |
| 16.00 | 1.68 | 1.63 | 1.60 | 1.57 | 1.54 | 1.51 | 1.47 | 1.44 | 1.41 | 1.38 |
| 17.00 | 1.35 | 1.32 | 1.29 | 1.25 | 1.22 | 1.19 | 1.16 | 1.13 | 1.10 | 1.06 |
| 18.00 | 1.03 | 1.02 | 1.01 | 1.00 | .99 | .98 | .97 | .96 | .95 | .94 |
| 19.00 | .93 | .92 | .91 | .90 | .89 | .88 | .87 | .86 | .85 | .85 |
| 20.00 | .84 | | | | | | | | | |

3-7

Data for **MEHLON TRUCKING DETENTION**
          **TYPE III 24-HOUR RAINFALL= 5.5 IN**
Prepared by DOCE ASSOCIATES
HydroCAD

**SUBCATCHMENT**          **MEHLON PHASE III POST-DEV**  WITHOUT DET. BASIN

PEAK= 47.37 CFS @ 12.07 HRS,  VOLUME= 3.60 AF

| ACRES | CN | | SCS TR-20 METHOD |
|-------|-----|------------------|------------------|
| 10.70 | 88 | SHALE/DIRT | TYPE III 24-HOUR |
| 1.60 | 74 | RECLAIMED SEEDED | RAINFALL= 5.5 IN |
| 12.30 | 86 | | SPAN= 10-20 HRS, dt=.1 HRS |

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | AB | .4 |
| Smooth surfaces    n=.011    L=100'    P2=3.5 in    s=.3 '/' | | |
| SHALLOW CONCENTRATED/UPLAND FLOW | BC | 7.1 |
| Paved    Kv=20.3282    L=1500'    s=.03 '/'    V=3.52 fps | | |
| | Total Length= 1600 ft    Total Tc= | 7.5 |

### SUBCATCHMENT 3 RUNOFF PEAK= 47.37 CFS @ 12.07 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | 1.68 | 1.78 | 1.90 | 2.02 | 2.16 | 2.29 | 2.44 | 2.58 | 2.73 | 2.88 |
| 11.00 | 3.04 | 3.33 | 3.77 | 4.25 | 4.75 | 5.38 | 7.61 | 11.75 | 16.61 | 22.85 |
| 12.00 | 42.62 | 46.33 | 29.60 | 21.77 | 16.17 | 10.96 | 7.72 | 6.65 | 6.03 | 5.46 |
| 13.00 | 4.91 | 4.53 | 4.35 | 4.20 | 4.05 | 3.91 | 3.76 | 3.61 | 3.47 | 3.32 |
| 14.00 | 3.18 | 3.06 | 2.98 | 2.91 | 2.84 | 2.77 | 2.70 | 2.63 | 2.56 | 2.49 |
| 15.00 | 2.42 | 2.35 | 2.27 | 2.20 | 2.13 | 2.06 | 1.99 | 1.91 | 1.84 | 1.77 |
| 16.00 | 1.70 | 1.64 | 1.61 | 1.58 | 1.55 | 1.51 | 1.48 | 1.45 | 1.42 | 1.39 |
| 17.00 | 1.36 | 1.33 | 1.29 | 1.26 | 1.23 | 1.20 | 1.17 | 1.14 | 1.11 | 1.07 |
| 18.00 | 1.04 | 1.02 | 1.01 | 1.00 | .99 | .98 | .97 | .96 | .95 | .94 |
| 19.00 | .93 | .92 | .91 | .90 | .90 | .89 | .88 | .87 | .86 | .85 |
| 20.00 | .84 | | | | | | | | | |

Data for MEHLON TRUCKING DETENTION
          TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

PHASE II

POND 1                    DETENTION        POST-DEV. ROUTED THROUGH BASIN

Qin = 50.73 CFS @ 12.03 HRS,  VOLUME= 3.60 AF,
Qout= 18.69 CFS @ 12.33 HRS,  VOLUME= 3.46 AF,  ATTEN= 63%,  LAG= 18.0 MIN

| ELEVATION (FT) | AREA (SF) | INC.STOR (CF) | CUM.STOR (CF) | STOR-IND METHOD |
|---|---|---|---|---|
| 696.0 | 12500 | 0 | 0 | PEAK STORAGE = 51292 CF |
| 700.0 | 17000 | 59000 | 59000 | PEAK ELEVATION= 699.5 FT |

STOR-IND METHOD
PEAK STORAGE =    51292 CF
PEAK ELEVATION= 699.5 FT
FLOOD ELEVATION= 700.0 FT
START ELEVATION= 696.0 FT
SPAN= 10-20 HRS, dt=.1 HRS
Tdet= 51.4 MIN (3.46 AF)

| # ROUTE | INVERT | OUTLET DEVICES |
|---|---|---|
| 1   P | 696.0' | 21" CULVERT |
| | | n=.011  L=150'  S=.01'/'  Ke=.5  Cc=.9  Cd=.6 |

### POND 1 TOTAL DISCHARGE (CFS) vs ELEVATION

| FEET | 0.0 | .1 | .2 | .3 | .4 | .5 | .6 | .7 | .8 | .9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 696.0 | 0.00 | .06 | .23 | .51 | .89 | 1.36 | 1.92 | 2.56 | 3.26 | 4.02 |
| 697.0 | 4.83 | 5.68 | 6.55 | 7.43 | 8.31 | 9.15 | 9.92 | 10.59 | 11.13 | 11.72 |
| 698.0 | 12.28 | 12.81 | 13.32 | 13.82 | 14.30 | 14.76 | 15.20 | 15.64 | 16.06 | 16.47 |
| 699.0 | 16.87 | 17.27 | 17.65 | 18.03 | 18.39 | 18.76 | 19.11 | 19.46 | 19.80 | 20.13 |
| 700.0 | 20.46 | | | | | | | | | |

### POND 1 INFLOW PEAK= 50.73 CFS @ 12.03 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10.00 | 1.70 | 1.81 | 1.93 | 2.06 | 2.20 | 2.34 | 2.48 | 2.62 | 2.77 | 2.93 |
| 11.00 | 3.10 | 3.44 | 3.90 | 4.39 | 4.90 | 5.65 | 8.57 | 13.08 | 18.09 | 25.52 |
| 12.00 | 49.63 | 42.22 | 26.09 | 19.87 | 14.59 | 9.54 | 7.14 | 6.42 | 5.86 | 5.30 |
| 13.00 | 4.76 | 4.46 | 4.30 | 4.15 | 4.01 | 3.86 | 3.72 | 3.57 | 3.42 | 3.28 |
| 14.00 | 3.13 | 3.03 | 2.96 | 2.89 | 2.82 | 2.75 | 2.68 | 2.61 | 2.54 | 2.47 |
| 15.00 | 2.40 | 2.32 | 2.25 | 2.18 | 2.11 | 2.04 | 1.97 | 1.89 | 1.82 | 1.75 |
| 16.00 | 1.68 | 1.63 | 1.60 | 1.57 | 1.54 | 1.51 | 1.47 | 1.44 | 1.41 | 1.38 |
| 17.00 | 1.35 | 1.32 | 1.29 | 1.25 | 1.22 | 1.19 | 1.16 | 1.13 | 1.10 | 1.06 |
| 18.00 | 1.03 | 1.02 | 1.01 | 1.00 | .99 | .98 | .97 | .96 | .95 | .94 |
| 19.00 | .93 | .92 | .91 | .90 | .89 | .88 | .87 | .86 | .85 | .85 |
| 20.00 | .84 | | | | | | | | | |

3-9

Data for MEHLON TRUCKING DETENTION
        TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

### POND 1 TOTAL OUTFLOW PEAK= 18.69 CFS @ 12.33 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | .01 | .04 | .07 | .15 | .23 | .37 | .50 | .68 | .86 | 1.07 |
| 11.00 | 1.28 | 1.52 | 1.80 | 2.12 | 2.48 | 2.92 | 3.60 | 4.88 | 6.92 | 9.70 |
| 12.00 | 13.36 | 16.72 | 18.27 | 18.67 | 18.55 | 18.00 | 17.14 | 16.17 | 15.17 | 14.16 |
| 13.00 | 13.13 | 12.09 | 11.08 | 10.15 | 9.13 | 8.16 | 7.32 | 6.61 | 6.01 | 5.50 |
| 14.00 | 5.07 | 4.70 | 4.40 | 4.13 | 3.91 | 3.72 | 3.55 | 3.39 | 3.25 | 3.14 |
| 15.00 | 3.02 | 2.92 | 2.82 | 2.72 | 2.63 | 2.55 | 2.47 | 2.39 | 2.31 | 2.24 |
| 16.00 | 2.16 | 2.09 | 2.02 | 1.96 | 1.90 | 1.85 | 1.81 | 1.76 | 1.72 | 1.68 |
| 17.00 | 1.64 | 1.60 | 1.56 | 1.52 | 1.49 | 1.45 | 1.42 | 1.38 | 1.35 | 1.32 |
| 18.00 | 1.29 | 1.26 | 1.23 | 1.21 | 1.19 | 1.16 | 1.14 | 1.12 | 1.10 | 1.09 |
| 19.00 | 1.07 | 1.05 | 1.04 | 1.02 | 1.01 | 1.00 | .98 | .97 | .96 | .95 |
| 20.00 | .94 | | | | | | | | | |





3-11





770

760

780

790

800

3-13



760
770
780
790
800

3-14





Data for MEHLON TRUCKING
          TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

### Calculations to size diversion swales:

Soils: Bath-Nassau shaly silt loams (BnB) and Rock outcrop-Nassau complex (RSD)
Hydrologic Soil Group: C
Land Cover Description: woods and grass
Design Storm: 10 year

Area = area contributing runoff to diversion swale

### RUNOFF BY SCS TR-20 METHOD: TYPE III 24-HOUR RAINFALL= 5.5 IN, SCS U.H.

| PHASE | AREA (ACRE) | Tc (MIN) | --GROUND | COVERS | (%CN)-- | WGT'D CN | C | PEAK (CFS) | Tpeak (HRS) | VOL (AF) |
|-------|------------|----------|----------|--------|---------|----------|---|-----------|-------------|----------|
| I | .65 | 15.2 | 100%73 | - | - | - | 73 | - | 1.48 | 12.18 | .13 |
| II | .75 | 17.9 | 100%73 | - | - | - | 73 | - | 1.63 | 12.21 | .15 |
| III | 2.30 | 7.0 | 100%74 | - | - | - | 74 | - | 6.37 | 12.07 | .49 |
| IV | 2.20 | 4.1 | 100%74 | - | - | - | 74 | - | 6.98 | 12.01 | .47 |
| V | 2.70 | 4.1 | 100%74 | - | - | - | 74 | - | 8.57 | 12.01 | .57 |

Data for MEHLON TRUCKING
        TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD


SUBCATCHMENT                    PHASE I

   PEAK= 1.48 CFS @ 12.18 HRS,  VOLUME= .13 AF

   ACRES    CN                                    SCS TR-20 METHOD
    .65     73   Woods                            TYPE III 24-HOUR
                                                  RAINFALL= 5.5 IN
                                                  SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | AB | 14.9 |
| Woods: Light underbrush   n=.4   L=150′   P2=3.5 in   s=.1 ′/′ | | |
| SHALLOW CONCENTRATED/UPLAND FLOW | BC | .3 |
| Unpaved   Kv=16.1345   L=100′   s=.1 ′/′   V=5.1 fps | | |

                        Total Length= 250 ft    Total Tc= 15.2


        SUBCATCHMENT 1 RUNOFF PEAK= 1.48 CFS @ 12.18 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | .02 | .02 | .03 | .03 | .03 | .04 | .04 | .05 | .05 | .06 |
| 11.00 | .06 | .07 | .08 | .09 | .10 | .12 | .15 | .22 | .33 | .49 |
| 12.00 | .81 | 1.35 | 1.47 | 1.19 | .93 | .71 | .51 | .38 | .31 | .27 |
| 13.00 | .24 | .21 | .20 | .19 | .18 | .17 | .17 | .16 | .16 | .15 |
| 14.00 | .14 | .14 | .13 | .13 | .13 | .12 | .12 | .12 | .12 | .11 |
| 15.00 | .11 | .11 | .10 | .10 | .10 | .09 | .09 | .09 | .08 | .08 |
| 16.00 | .08 | .08 | .07 | .07 | .07 | .07 | .07 | .07 | .06 | .06 |
| 17.00 | .06 | .06 | .06 | .06 | .06 | .06 | .05 | .05 | .05 | .05 |
| 18.00 | .05 | .05 | .05 | .05 | .04 | .04 | .04 | .04 | .04 | .04 |
| 19.00 | .04 | .04 | .04 | .04 | .04 | .04 | .04 | .04 | .04 | .04 |
| 20.00 | .04 | | | | | | | | | |

3-19

Data for **MEHLON TRUCKING**
          **TYPE III 24-HOUR RAINFALL= 5.5 IN**
Prepared by DOCE ASSOCIATES
HydroCAD

**SUBCATCHMENT**            **PHASE II**

PEAK= 1.63 CFS @ 12.21 HRS,  VOLUME=   .15 AF

| ACRES | CN |       |
|-------|----|-------|
| .75   | 73 | Woods |

SCS TR-20 METHOD
TYPE III 24-HOUR
RAINFALL= 5.5 IN
SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | AB | 17.2 |
| Woods: Light underbrush  n=.4   L=150'   P2=3.5 in   s=.07 '/' | | |
| SHALLOW CONCENTRATED/UPLAND FLOW | BC | .7 |
| Unpaved   Kv=16.1345   L=150'   s=.05 '/'   V=3.61 fps | | |

Total Length=  300 ft    Total Tc=  17.9

SUBCATCHMENT 2 RUNOFF PEAK= 1.63 CFS @ 12.21 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | .02 | .03 | .03 | .03 | .04 | .04 | .05 | .05 | .06 | .06 |
| 11.00 | .07 | .07 | .08 | .10 | .11 | .13 | .16 | .22 | .33 | .50 |
| 12.00 | .79 | 1.33 | 1.63 | 1.45 | 1.17 | .92 | .68 | .50 | .40 | .33 |
| 13.00 | .29 | .26 | .24 | .22 | .21 | .20 | .20 | .19 | .18 | .18 |
| 14.00 | .17 | .16 | .16 | .15 | .15 | .14 | .14 | .14 | .13 | .13 |
| 15.00 | .13 | .12 | .12 | .12 | .11 | .11 | .11 | .10 | .10 | .10 |
| 16.00 | .09 | .09 | .09 | .08 | .08 | .08 | .08 | .08 | .08 | .07 |
| 17.00 | .07 | .07 | .07 | .07 | .07 | .06 | .06 | .06 | .06 | .06 |
| 18.00 | .06 | .05 | .05 | .05 | .05 | .05 | .05 | .05 | .05 | .05 |
| 19.00 | .05 | .05 | .05 | .05 | .05 | .05 | .05 | .05 | .05 | .04 |
| 20.00 | .04 | | | | | | | | | |

3-20

Data for MEHLON TRUCKING
          TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

SUBCATCHMENT              PHASE III

PEAK= 6.37 CFS @ 12.07 HRS,  VOLUME=  .49 AF

| ACRES | CN |       |                   |
|-------|----|-------|-------------------|
| 2.30  | 74 | grass |                   |

SCS TR-20 METHOD
TYPE III 24-HOUR
RAINFALL= 5.5 IN
SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | AB | 7.0 |
| Grass: Dense   n=.24   L=175'   P2=3.5 in   s=.33 '/' | | |

### SUBCATCHMENT 3 RUNOFF PEAK= 6.37 CFS @ 12.07 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | .10 | .11 | .12 | .14 | .15 | .17 | .19 | .20 | .22 | .24 |
| 11.00 | .26 | .30 | .35 | .40 | .47 | .54 | .81 | 1.31 | 1.94 | 2.83 |
| 12.00 | 5.76 | 6.24 | 4.07 | 3.09 | 2.33 | 1.58 | 1.13 | .99 | .91 | .82 |
| 13.00 | .74 | .69 | .66 | .64 | .62 | .60 | .58 | .56 | .54 | .51 |
| 14.00 | .49 | .48 | .46 | .45 | .44 | .43 | .42 | .41 | .40 | .39 |
| 15.00 | .38 | .37 | .36 | .35 | .34 | .32 | .31 | .30 | .29 | .28 |
| 16.00 | .27 | .26 | .26 | .25 | .25 | .24 | .24 | .23 | .23 | .22 |
| 17.00 | .22 | .21 | .21 | .20 | .20 | .19 | .19 | .18 | .18 | .17 |
| 18.00 | .17 | .16 | .16 | .16 | .16 | .16 | .16 | .15 | .15 | .15 |
| 19.00 | .15 | .15 | .15 | .15 | .14 | .14 | .14 | .14 | .14 | .14 |
| 20.00 | .14 | | | | | | | | | |

3-z

Data for MEHLON TRUCKING
            TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
<u>HydroCAD</u>

SUBCATCHMENT              PHASE IV

PEAK= 6.98 CFS @ 12.01 HRS,  VOLUME=   .47 AF

| <u>ACRES</u> | <u>CN</u> | |
|-------|-----|------|
| 2.20  | 74  | grass |

SCS TR-20 METHOD
TYPE III 24-HOUR
RAINFALL= 5.5 IN
SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | AB | 4.1 |
| Grass: Dense   n=.24   L=90'   P2=3.5 in   s=.33 '/' | | |

### SUBCATCHMENT 4 RUNOFF PEAK= 6.98 CFS @ 12.01 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10.00 | .10 | .11 | .12 | .14 | .15 | .17 | .19 | .20 | .22 | .24 |
| 11.00 | .26 | .30 | .36 | .41 | .47 | .58 | .96 | 1.50 | 2.15 | 3.39 |
| 12.00 | 6.93 | 4.95 | 3.31 | 2.62 | 1.90 | 1.22 | .99 | .91 | .83 | .75 |
| 13.00 | .68 | .65 | .63 | .61 | .59 | .57 | .55 | .52 | .50 | .48 |
| 14.00 | .46 | .45 | .44 | .43 | .42 | .41 | .40 | .39 | .38 | .37 |
| 15.00 | .36 | .35 | .34 | .33 | .32 | .31 | .30 | .28 | .27 | .26 |
| 16.00 | .25 | .25 | .24 | .24 | .23 | .23 | .22 | .22 | .21 | .21 |
| 17.00 | .21 | .20 | .20 | .19 | .19 | .18 | .18 | .17 | .17 | .16 |
| 18.00 | .16 | .16 | .15 | .15 | .15 | .15 | .15 | .15 | .15 | .14 |
| 19.00 | .14 | .14 | .14 | .14 | .14 | .14 | .13 | .13 | .13 | .13 |
| 20.00 | .13 | | | | | | | | | |

Data for MEHLON TRUCKING
　　　　TYPE III 24-HOUR RAINFALL= 5.5 IN
Prepared by DOCE ASSOCIATES
HydroCAD

**SUBCATCHMENT**　　　　　　　　**PHASE V**

PEAK= 8.57 CFS @ 12.01 HRS,　VOLUME=　.57 AF

| ACRES | CN | |
|-------|-----|------|
| 2.70 | 74 | grass |

SCS TR-20 METHOD
TYPE III 24-HOUR
RAINFALL= 5.5 IN
SPAN= 10-20 HRS, dt=.1 HRS

| Method | Comment | Tc (min) |
|--------|---------|----------|
| TR-55 SHEET FLOW | AB | 4.1 |
| Grass: Dense　n=.24　L=90'　P2=3.5 in　s=.33 '/' | | |

### SUBCATCHMENT 5 RUNOFF PEAK= 8.57 CFS @ 12.01 HOURS

| HOUR | 0.00 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 |
|-------|------|------|------|------|------|------|------|------|------|------|
| 10.00 | .12 | .14 | .15 | .17 | .19 | .21 | .23 | .25 | .27 | .29 |
| 11.00 | .32 | .37 | .44 | .50 | .58 | .71 | 1.17 | 1.84 | 2.64 | 4.16 |
| 12.00 | 8.50 | 6.07 | 4.07 | 3.21 | 2.33 | 1.50 | 1.21 | 1.12 | 1.02 | .92 |
| 13.00 | .83 | .79 | .77 | .74 | .72 | .69 | .67 | .64 | .62 | .59 |
| 14.00 | .57 | .55 | .54 | .53 | .52 | .50 | .49 | .48 | .47 | .45 |
| 15.00 | .44 | .43 | .41 | .40 | .39 | .38 | .36 | .35 | .34 | .32 |
| 16.00 | .31 | .30 | .30 | .29 | .29 | .28 | .27 | .27 | .26 | .26 |
| 17.00 | .25 | .25 | .24 | .23 | .23 | .22 | .22 | .21 | .20 | .20 |
| 18.00 | .19 | .19 | .19 | .19 | .19 | .18 | .18 | .18 | .18 | .18 |
| 19.00 | .18 | .17 | .17 | .17 | .17 | .17 | .17 | .16 | .16 | .16 |
| 20.00 | .16 | | | | | | | | | |

# APPENDIX #4

By _____ D_____   **WEHRAN ENGINEERING**   Job No. _____
Chkd. by _____   Engineers & Scien   Sheet No. ___1___ of ___
Subject _____ BLASTING   4-1

A. BLASTING HAS BEEN OCCURRING   ALTERNATE SATUR
BLASTING LOCATED ≈ 700' FROM EXISTING BLDGS.

B. DISTANCE TO EXISTING BUILDINGS / STRUCTURES FO
PROPOSED BLASTING
        KINGS RD ≈ 400'
        POWERLINES ≈ 700'

C. PEAK PARTICLE VELOCITY LIMITS (MAX) FOR GROUN
VIBRATION WHEN DISTANCE FROM BLASTING SITE
    = 301 - 5000'  ⟹  1.00 inch/sec

D. SCALE DISTANCE EQUATION WHEN DISTAN
FROM BLASTING SITE = 301 - 5000'

$$W = \left(\frac{D}{55}\right)^2$$

W = max weight
explosives that can
detonated w/ 8m

R = distance to site

$$W' = \left(\frac{400}{55}\right)^2 = 53 \#$$

# Oversized documents
# in original court file