# Exhibit "TT" to
## Amended Verified Petition



## THIS IS NOT A PERMIT

# New York State Department of Environmental Conservation
## Notice of Complete Application

*Date:* 02/08/2005

*Applicant:* MEHLON TRUCKING INC
PO BOX 519
WALLKILL, NY 12589

*Facility:* KINGS HILL RD SHALE MINE
ROCK CUT RD INTERSECTION KINGS HILL RD
WALDEN, NY 12586

*Application ID:* 3-3342-00022/00005

*Permits(s) Applied for:* 1 - Article 23 Title 27 Mined Land Reclamation

*Project is located:* in MONTGOMERY in ORANGE COUNTY

*Project Description:*
Applicant proposes to operate an 18.1 acre shale mine within a 159.9 acre parcel located east of Plains Road and north of Kings Hill Road. A four acre portion of this proposed site has been mined previously under a permit issued by NYSDEC. It is estimated that approximately 820,000 cubic yards of material will be removed. Processing ( crushing and screening ) of material is proposed using portable equipment. Blasting will be required approximately twice a month. Hours of operation will be 8 am to 4.30 pm Monday - Friday and 8 am to 3.30 pm on Saturdays.

*State Environmental Quality Review (SEQR) Determination*
Project is a Type I action and will not have a significant effect on the environment. A coordinated review with other involved agencies was performed and a Negative Declaration is on file.

*SEQR Lead Agency* NYS Department of Environmental Conservation

*State Historic Preservation Act (SHPA) Determination*
A cultural resources survey has been completed. The report of the survey is on file. No archaeological sites or historic structures were identified at the project location. No further review in accordance with SHPA is required.

*DEC Commissioner Policy 29, Environmental Justice and Permitting (CP-29)*
It has been determined that the proposed action is not subject to CP-29.

MAR - 1 2005

*Availability For Public Comment*
Comments on this project must be submitted in writing to the Contact Person no later than 03/25/2005

*Contact Person*
ALEXANDER F CIESLUK, JR
NYSDEC
21 SOUTH PUTT CORNERS RD
NEW PALTZ, NY 12561-1696
(845) 256-3014

---

CC List for Complete Notice

SUPERVISOR T/MONTGOMERY
PLANNING BOARD T/MONTGOMERY
J. RAAB, V DOCE ASSOCIATES
R. MARTIN