# Exhibit "VV" to
## Amended Verified Petition

**New York State Department of Environmental Conservation**
Division of Environmental Permits, Region 3
21 South Putt Corners Road, New Paltz, New York 12561-1620
Phone: (845) 256-3054 • FAX: (845) 255-3042
Website: www.dec.state.ny.us



Denise M. Sheehan
Acting Commissioner

April 12, 2005

LEON MEHL
MEHLON TRUCKING, INC.
P.O. BOX 519
WALLKILL, NEW YORK 12589

RE:    DEC Application No. 3-3342-00022/00005
       Proposed Kings Hill Road Shale Mine

Dear Mr. Mehl:

    I have enclosed copies of the comment letters submitted to the New York State Department of Environmental Conservation (DEC) in response to the public notice on your Mined Land Reclamation Permit. These comments are being provided for your information and consideration. Any response you may wish to provide regarding these comments is welcome and will be considered by DEC as part of its permitting decision. Please provide any response to my attention by April 28, 2005.

    If you have any questions, please call me at (845) 256-3014.

Sincerely,

Alexander F. Ciesluk, Jr.
Deputy Regional Permit Administrator
Region 3

AFC/jjc
Enclosures

cc:    R. Martin (w/enc.)
       J. Raab, V.J. Doce, Assoc. (w/enc.)
       Supervisor Cockburn, T. Montgomery (w/enc.)
       T. Montgomery Planning Board (w/enc.)

C:\My Files\Jennifer\Ciesluk letter to Mehl