# Exhibit "BBB" to
## Amended Verified Petition

**New York State Department of Environmental Conservation**
Division of Mineral Resources
Bureau of Resource Management & Development, 3rd Floor
625 Broadway, Albany, New York 12233-6500
**Phone:** (518) 402-8072 • **FAX:** (518) 402-8060
**Website:** www.dec.state.ny.us



Denise M. Sheehan
Acting
Commissioner

October 25, 2005

Mr. Leon Mehl
Mehlon Trucking, Inc.
557 Rock Cut Road
Walden, NY 12586

    RE: Mine File #30195
        Certificate of Deposit #47-011501-4

Dear Mr. Mehl:

    The assignment of certificate of deposit in the amount of $60,000 submitted to cover your company's liability for the reclamation of the above-referenced mine has been reviewed and is acceptable.

    Financial security must be maintained until final reclamation is approved by this Department.

    If you have any questions, please contact me.

                        Sincerely,

                        Nancy Beeler
                        Secretary 1

c: Robert Martin
   Wallkill Valley Federal Savings & Loan