# Exhibit "FFF" to
## Amended Verified Petition

130-40-30.29    PUBLIC PASSENGER TRANSPORTATION STATION
                OR TERMINAL:

All loading or unloading locations for public transportation
vehicles shall be offstreet.

130-40-30.30    QUARRY: MINING, LOADING, HAULING AND/OR
                PROCESSING OF SAND, GRAVEL, SHALE, FILL
                OR TOPSOIL:

(a) The proposal shall have a particular time limit for
completion of either the entire operation or of each stage
of the entire operation.

(b) The proposal shall include a specific method for
rehabilitating the site or portions of the site related to
each stage of the operation.

(c) The proposal shall indicate how adjacent properties and
the public will be protected from the hazards of the
operation, both in terms of on-site activity and off-site
traffic generated by that activity.

130-40-30.31    REPAIR GARAGE:

See FILLING STATION