# Exhibit "GGG" to
## Amended Verified Petition

130-40-30.31  PUBLIC LIBRARY 'MUSEUM' COMMUNITY CENTER: FIRE STATION, MUNICIPAL OFFICE OR OTHER GOVERNMENTAL BUILDING OF SIMILAR CHARACTER: See CHURCH, etc.

130-40-30.32  PUBLIC PASSENGER TRANSPORTATION STATION OR TERMINAL:

All loading or unloading locations for public transportation vehicles shall be off-street.

130-40-30.33  PUBLIC UTILITY BUILDING, PLANT, STRUCTURE OR STORAGE YARD:

(a) All buildings, structures or equipment installations, exclusive of transmission lines shall be at least fifty (50) feet from any property line.

(b) All open storage and equipment areas shall be adequately fenced and screened.

130-40-30.34  PUBLIC UTILITY STRUCTURE OR RIGHT-OF-WAY NECESSARY TO SERVE AREAS WITHIN THE MONTGOMERY COMMUNITY EXCLUDING BUSINESS OFFICE, REPAIR OR STORAGE OF EQUIPMENT:

(a) All buildings, structures or equipment installations, exclusive of transmission lines shall be at least fifty (50) feet from any property line.

(b) Outdoor installations shall be adequately fenced and screened.

130-40-30.35  QUARRY: MINING, LOADING, HAULING AND/OR PROCESSING OF SAND, GRAVEL, SHALE, FILL OR TOPSOIL:

(a) The proposal shall have a particular time limit for completion of either the entire operation or of each stage of the entire operation.

(b) The proposal shall include a specific method for rehabilitating the site or portions of the site related to each stage of the operation.

(c) The proposal shall indicate how adjacent properties and the public will be protected from the hazards of the operation, both in terms of on-site activity and off-site traffic generated by that activity.

130-40-36  RECYCLING HANDLING AND RECOVERY FACILITIES INCLUDING

   A. Composting Operations
   B. Recyclable Handling and Recovery Facilities including Post-Collection Separation Facilities
   C. Waste Tire Storage and Processing Facilities
   D. Construction and Demolition Debris Processing Facilities
   E. Waste Transfer Stations
   F. Wood-chipping Facilities