**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In the Matter of the Application of

MEHLON TRUCKING, INC.,

      Petitioner-Plaintiff,

 -against-

THE PLANNING BOARD OF THE TOWN OF
MONTGOMERY and JOHN L. BROWN, as Chairman of
the Planning Board of the Town of Montgomery, TOWN
OF MONTGOMERY TOWN BOARD and TOWN OF
MONTGOMERY,

      Respondents-Defendants.

------------------------------------------------------------x

07 CV 10711

<u>RULE 7.1 STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for respondents-defendants certifies that they are public officials and that none of them have any corporate parents, affiliates and/or subsidiaries.

Dated: Mineola, New York
November 27, 2007

    MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Respondents-Defendants

By: _____
BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 07-415

TO:   WERNER & SAFFIOTI, LLP
Attorneys for Petitioner/Plaintiff
5031 Route 9W
Newburgh, New York 12550